**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| U.S. WATER SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVOZYMES A/S and NOVOZYMES NORTH AMERICA, INC., <br><br> Defendants. | Case No. 13-cv-864-jdp |

**NOVOZYMES' MOTION TO COMPEL AND
MOTION FOR DISCOVERY SANCTIONS**

Defendants Novozymes A/S and Novozymes North America, Inc. ("Novozymes"), respectfully move to compel the further deposition of plaintiff Roy Johnson, and also move for discovery sanctions as a remedy for the deposition misconduct of Mr. Johnson and plaintiffs' lead counsel, John Skilton.

1

Dated: November 26, 2014

Respectfully submitted,

FENWICK & WEST LLP

By: s/*David K. Tellekson*
David K. Tellekson (admitted *Pro Hac Vice*)
dtellekson@fenwick.com
Brian D. Buckley (admitted *Pro Hac Vice*)
bbuckley@fenwick.com
Ewa M. Davison (admitted *Pro Hac Vice*)
edavison@fenwick.com
Elizabeth B. Hagan (admitted *Pro Hac Vice*)
ehagan@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: (206) 389-4510
Facsimile: (206) 389-4511

Virginia K. DeMarchi (admitted *Pro Hac Vice*)
vdemarchi@fenwick.com
Michael C. Saunders (admitted *Pro Hac Vice*)
msaunders@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Allen A. Arntsen
aarntsen@foley.com
Krista A. Sterken
ksterken@foley.com
FOLEY & LARDNER LLP
Verex Plaza
150 East Gilman Street
Madison, WI 53703
Telephone: (608) 257-5035
Facsimile: (608) 258-4258

*Attorneys for Defendants Novozymes A/S and Novozymes North America, Inc.*