# Exhibit X

# CORN:
## "Chemistry and Technology
### Second Edition

Edited by

**Pamela J. White**

Food Science and Human Nutrition Department
Iowa State University
Ames, Iowa

**Lawrence A. Johnson**

Center for Crops Utilization Research
Iowa State University
Ames, Iowa

Published by the
**American Association of Cereal Chemists, Inc.**
**St. Paul, Minnesota, USA**

NZ-USW-PA00002224

Cover photographs courtesy of Pioneer Hi-Bred International, Inc., Johnston, IA (front) and the Center for Crops Utilization Research, Ames, IA (back)

Reference in this publication to a trademark, proprietary product, or company name by personnel of the U.S. Department of Agriculture or anyone else is intended for explicit description only and does not imply approval or recommendation to the exclusion of others that may be suitable.

Library of Congress Catalog Card Number: 2003105942
International Standard Book Number: 1-891127-33-0

©1987, 2003 by the American Association of Cereal Chemists, Inc.
Published 1987. Second Edition 2003

All rights reserved.
No part of this book may be reproduced in any form, including photocopy, microfilm, information storage and retrieval system, computer database or software, or by any other means, including electronic or mechanical, without written permission from the publisher.

Copyright is not claimed in any portion of this work written by United States government employees as part of their official duties.

Printed in the United States of America on acid-free paper.

American Association of Cereal Chemists, Inc.
3340 Pilot Knob Road
St. Paul, Minnesota 55121-2097, USA

NZ-USW-PA00002225

This material may be protected by Copyright law (Title 17 U.S. Code)

## CHAPTER 3

# DESCRIPTION, DEVELOPMENT, STRUCTURE, AND COMPOSITION OF THE CORN KERNEL

**Stanley A. Watson** (*retired*)
*Ohio Agricultural Research and Development Center*
*The Ohio State University*
*Wooster, Ohio*

An intimate and precise knowledge of the structure and composition of the corn plant, *Zea mays*, is necessary for understanding and optimizing plant growth to achieve the highest level of grain production. Likewise, knowledge of the structure and composition of the mature kernel is necessary for preservation of optimum quality in harvesting, drying, storing, and marketing. Such knowledge is also valuable for efficient utilization, whether for seed production, for animal feeding, or for industrial or food product development.

The purpose of this chapter is to lay a solid foundation of the current state of knowledge of the physical, biological, and chemical attributes of the corn kernel. Changes in attributes from pollination to full maturity of the corn kernel and the structure and composition of the mature dent corn kernel are described.

## GROSS STRUCTURAL FEATURES

Corn kernels are produced on the female inflorescence called the ear. About 800 kernels are produced on a properly developed hybrid ear and are removed from the inner cylinder of the ear, known as the cob, by the process of shelling (Chapter 4). The cob is composed of a central core of large parenchyma cells, called pith, designed to store nutrients from the plant. It is surrounded by a tough fibrous layer containing vascular bundles that convey nutrients into each developing kernel (Bonnet, 1954). If corn is used for silage for feeding of dairy or beef cattle, the entire plant, including stalk, leaves, and ear, is harvested at kernel maturity, which is indicated by the appearance of a black layer, then ground and ensiled as a method of preservation.

Corn is primarily a source of animal feed, either directly, or as a major ingredient of prepared animal feeds. Total U.S. annual production of corn grain is 9.5–9.9 billion bushels (bu) (241–251 million metric tons [t]). About 55% is used for animal feeds, and about 20% is exported and probably also used for animal feed. Sweet corn acreage is not included in these data because the United States Department of Agriculture (USDA) counts it as a "vegetable" (USDA, 2002). Normal hybrid corn has many important uses in foods, medicine, beverages, ethanol, and industrial

69

NZ-USW-PA00002226

70 / *Corn: Chemistry and Technology, 2nd ed.*

applications, amounting to an average annual utilization of about 23% of annual market disappearance of the grain. The standard yellow dent corn, marketed by the U.S. Grain Standards, is planted on about 93% of all U.S. acres devoted to corn, with specialized types making up the rest. About 7% of corn acreage is planted in the United States for ensiling as cattle feed on the farm where it is grown (USDA, 2002). The relative percentage of silage corn is significantly higher in Northern Europe.

### General Description

The corn kernel is classified botanically as a caryopsis (i.e., a dry, indehiscent, single-seeded fruit). It is composed of three main parts: germ, endosperm, and pericarp (Fig. 1). This kind of fruit, in which the mature ovary wall (pericarp) does not separate naturally from the seed, is characteristic of all cereal grains. The kernel is attached to the cob by the pedicel, an extension of the cob. During grain develop-



Fig. 1. Dent corn kernel longitudinal section, 40 µm thick, perpendicular to face of kernel. SA, silk attachment; P, pericarp; Al, aleurone; FE, floury endosperm; HE, horny endosperm; HL, hilar layer; TC, tip cap; Sc, scutellum. The embryo includes the following parts: Cp, coleoptile; Pl, plumule; VB, vascular bundle; RB, adventitious root bud; Fl, first internode; ScN, scutellar node; VC, vascular cylinder; Cr, coleorhiza; PrR, primary root; RC, root cap (a mass of cells indistinguishable from the coleorhiza at this magnification). Parts Sc through RC are collectively termed the "germ" (×7.5). (Reprinted, with permission, from Wolf et al, 1952a)

NZ-USW-PA00002227

ment, conducting elements in the pedicel carry photosynthesis products into the developing kernel. When the kernel is removed from the ear at harvest, the pedicel is broken randomly, leaving a jagged end. The conical, fibrous structure that remains attached to the kernel is called the tip cap (Wolf et al, 1952a).

Most yellow dent corn is harvested at maturity when the moisture content (MC) of the kernels is between 22 and 25% and dried artificially to 15–16% MC for storage and marketing. The average chemical composition is given in Table 1. Differences in size and shape of corn kernels result from variations in genetic background (Fig. 2) and placement on the ear. Kernels at the butt end are large and rounded, and those at the tip are smaller and rounded. Kernels in between are usually flat from the pressure of adjacent kernels during growth. When adjacent kernels are missing, central kernels are round. One average dent corn kernel weighs 250–300 mg, with a range of 100–600 mg; an average kernel from the center of an ear measures about 4 mm thick, 8 mm wide, and 12 mm long. Hybrids and environment produce differences in shape and size. Inherited differences in number of rows and endosperm characteristics are additional factors.

The seed corn industry separates seeds into eight size classes through screens with round or slotted holes. It discards the extra-large and extra-small seeds to animal feed but packages and labels the other sizes for specified sizes of corn planter plates (Wych, 1988). In an average lot of dent corn, about 75% of the kernels would be classified as flat, 20% as round, and 5% as very small.

### Hardness Differences Among Corn Classes

The five general classes of corn—dent corn, flint corn, popcorn, flour corn, and sweet corn (Fig. 2)—are based on kernel characteristics. Most commercial corn is dent type, getting its name from the sunken crown. Flint corn has a rounded crown and the hardest kernels, resulting from the presence of a large and continuous volume of horny (also called corneous or vitreous) endosperm (Fig. 2B). Flint corn varieties are most popular in Argentina, some parts of Italy, and Africa. Popcorn (Fig. 2C) is a small flint corn type (Chapter 13). Flour corn generally also has a

**TABLE 1**
**Proximate Analysis of Yellow Dent Corn Grain**

| Characteristic | Range[a] | Average[b] |
|---|---|---|
| Moisture (%, wet basis) | 7–23 | 16.0 |
| Starch (%, dry basis) | 61–78 | 71.7 |
| Protein[c] (%, dry basis) | 6–12 | 9.5 |
| Fat (%, dry basis) | 3.1–5.7 | 4.3 |
| Ash (oxide) (%, dry basis) | 1.1–3.9 | 1.4 |
| Pentosans (as xylose) (%, dry basis) | 5.8–6.6 | 6.2 |
| Fiber (neutral detergent residue) (%, dry basis) | 8.3–11.9 | 9.5 |
| Cellulose + lignin (acid detergent residue) (%, dry basis) | 3.3–4.3 | 3.3 |
| Sugars, total (as glucose) (%, dry basis) | 1.0–3.0 | 2.6 |
| Total carotenoids (mg/kg)[d] | 12–36 | 26 |

[a] Numerous sources, including Miller (1958) and unpublished data.
[b] Moisture, starch, protein, and fat values are averages of corn purchased on the open market during 1980-1984 in Illinois, Iowa, and Indiana. Unpublished data.
[c] N × 6.25.
[d] Data from Blessin et al (1963a) summarized.

NZ-USW-PA00002228

72 / Corn: Chemistry and Technology, 2nd ed.



Fig. 2. Distribution of horny and floury endosperm in various types of corn kernels: dent corn (a); flint corn (b); popcorn (c); high-lysine flour corn (o2o2) (d); sweet corn (susu) (e). Left column, longitudinal column parallel to germ front; center section, perpendicular to the germ front; right column, cross section through median line of kernel (×2.5).

NZ-USW-PA00002229

rounded or flat crown but contains virtually all floury or soft endosperm (Fig. 2D). Certain indigenous populations in Latin America grow flour corn varieties for direct consumption as staple food. A flour corn mutant known as *opaque-2* with unique nutritional properties is discussed later. Sweet corn (Fig. 2E) appears plump when consumed fresh, but, upon drying, the seed shrinks uniformly because starch is severely restricted (Chapter 14). The depressed crown of dent corn (Fig. 2A) forms as the mature kernel dehydrates. Apparently, the rigidity of the cylinder of horny endosperm prevents uniform shrinking of the central core of floury endosperm during dry-down. This causes the crown to be pulled in, resulting in a dent and a central fissure. Many races of each of these types were endemic to various parts of North and South America, but their origin is lost in antiquity (Goodman, 1978). Corn Belt dents of the United States apparently developed in precolonial North America from natural hybridization between northeastern flint and southern flour corns (Wallace and Brown, 1956).

Since dent corn is a derivative of flint-flour crosses, it can show significant differences in the ratio of horny to floury endosperm (H/F ratio) caused by heritable and environmental influences (Hamilton et al, 1951; Vyn and Tollenaar, 1998). Near-infrared reflectance (NIR) at 1,680 nm was used by Pomeranz et al (1986a,b) and Ahmadi et al (1993) to measure hardness of a group of corn samples differing widely in physical properties such as density, protein content, starch type, and degree of stress cracks. All samples had been dried on the ear at low temperature. The NIR values compared favorably with time of grinding a given weight of grain in a Stenvert microhammer mill (Pomeranz et al, 1985), but the values were influenced by the greater friability of stress-cracked kernels (Chapter 5). Among other physical measurements, test weight and density values showed the highest correlation with hardness values. Applying to corn a method for directly measuring vitreous areas of sorghum kernels, Kirlies et al (1984) showed that H/F ratios measured by this method are well correlated with Stenvert test values (Kirlies and Stroshine, 1990). Figure 3 illustrates examples of soft, medium, and hard kernels prepared for measurement of H/F area ratios. Thirty kernels had to be measured to obtain a satisfactory average because of the wide range among individual kernels within any one lot. These hybrids had been classified as hard, intermediate, and soft by the Stenvert hardness test (15.6, 13.8, and 10.5 sec, respectively) and by Purdue milling evaluation factor values of 49.5, 43.4, and 30.4, respectively. Thus, considerable overlap exists in the H/F ratios between and within hybrids. Variations in temperature, soil moisture, and soil nitrogen supply within and between fields affect the final composition of the kernel. High soil nitrogen has a significant influence in producing a higher H/F ratio (Pierre et al, 1977; Pollner et al, 1979; Olson and Sander, 1988).

## Nutritionally Enhanced and Specialty Food and Industrial Corns

Although corn's contribution to nutrition is primarily as an energy (carbohydrate and fat) source, protein content and composition are also important, especially for populations dependent on corn as a major food source. Because corn is deficient in two essential amino acids, lysine and tryptophan, it must be supplemented with beans or other foods that will provide the missing amino acids. Therefore, an announcement in the 1960s that a floury type mutant *opaque-2 (o2)* had been found to have about double the normal lysine and tryptophan content electrified nutrition-

NZ-USW-PA00002230

74 / Corn: Chemistry and Technology, 2nd ed.

ists and corn breeders (Mertz et al, 1964). This started a new wave of research to find ways to develop cultivars with improved nutritional and acceptable agronomic properties. Boyer and Hannah (2001) list five alleles of opaque and three of floury mutants that influence the protein content and composition of corn, but the major emphasis has been on the *opaque*-2 genotype. Since these mutants are all genetically recessive, they must be in the homozygous gene condition, which increases the complexity of variety or hybrid development.

Many research groups have contributed results, but the most intensive research has been at the International Maize and Wheat Improvement Center (CIMMYT) in Mexico. The main focus of this research was to identify and insert gene modifiers that could improve yield, increase protein content, and improve endosperm hardness for reduced breakage. The result was acceptable varieties having improved nutritional and agronomic properties and termed "quality protein maize" (Robutti et al, 1974a; Ortega and Bates, 1983; Vasal, 2001). Even though reviews of literature on *o2* modifier genes suggested that the exact mechanism by which the modifier genes influence protein synthesis never has been fully explained (Robutti et al, 1974b;



Fig. 3. Cross sections of kernels from dent corn hybrids classified as hard (A), intermediate (B), and soft (C), showing maximum ranges of horny and floury endosperm areas within kernels of each hybrid. I, most floury, III most horny. Kernels in Figures 2 and 3 (except popcorn) were mounted for cutting as described in Kirlies et al (1984) (×2.6).

NZ·USW-P·A0000223·1

Larkins et al, 1994), this lack of knowledge did not inhibit their practical use. For instance,

> QPM [grain] is being produced in significant acreage around the world, especially in Brazil, Central America, China (PRC), Ghana and is starting in Mexico. Both hybrids and open pollinated varieties are available. The QPM processing properties are quite good as [the grain] is fairly hard and has good competitive yield and storability. In large cooking trials in Mexico, QPM grain produced excellent masa for tortillas and related products, either wet or dry masa

(L. W. Rooney, Texas A&M University, *personal communication*).

In the United States, one seed company has marketed modified *opaque-2* varieties grown for on-farm feeding as silage. Some farmers produce corn with higher protein content by growing (under high nitrogen fertility) certain dent hybrids with slightly higher protein levels, resulting in improved feeding values. These hybrids are sold on the open market for a few cents above the prices for no. 2 yellow corn. Additionally, several companies offer hybrids bred and guaranteed to have increased levels of protein and several amino acids for sale at premium seed corn prices (USGC, 2001). Although research to increase the concentration of oil in corn has a long history, standard breeding methods have failed to produce high-oil (HO) hybrids equal to the best normal hybrids (Alexander, 1988). Hybrids at 7.4% oil content in the 2001 crop giving normal grain yield and produced by the "top-cross method" are currently being marketed for their higher metabolizable energy (ME) content for poultry and hogs (Lambert, 2001).

All of these specialty corn types grown in the United States have fee schedules that guarantee meeting purchaser requirements, such as purity and delivery. In 2000, the U.S. production area was 0.243–0.384 million hectares (0.6–0.7 million acres) of HO types, and 0.486–0.608 million hectares (1.2–1.5 million acres) of the yellow hard-endosperm food-corn types for masa and corn chip products (USGC, 2002a). Specifications for food-grade corn include above-normal H/F ratio (i.e., above-normal density), low stress-crack value, and intact pericarp. Corn with such values has recently been referred to as "value enhanced corn" (USGC, 2001; Serna-Salvidaret al, 2001). About half of the food-grade white corn produced in 2000 was used for dry milling and half for masa, corn chips, and export (USGC, 2002a). The use of yellow and white hard-endosperm corns for dry milling has been growing at only about 1% per year, but the use of these corns in corn chips and Mexican-type foods has been growing much faster due to changing demographics and consumer choice (USGC, 2001; Fergason, 2001).

Dent and flint corn endosperms carry dominant genes and normal amounts of starch with normal starch properties. Twelve recessive genes, however, have been identified that modify carbohydrate deposition in the endosperm. In approximate order of commercial importance, these are *waxy, wx1*; *sugary, su1* and *su2*; *shrunken, sh1, sh2,* and *sh4*; *amylose extender, ae1*; *dull, d1*; *brittle, bt1* and *bt12*; *soft starch, h1*; *miniature seed, mn1*; and *defective endosperm, De-B30* (Boyer and Hanna, 2001). Recessive genes that interfere with starch synthesis give us sweet corns, which have a significant place in the food business. The best known of the latter is *su1*, which produces standard sweet corn food (Fig. 2E) (Chapter 14). Normal starch consists of two glucose polysaccharides—one is amylose, a linear molecule accounting for 25–28%, and the other is amylopectin, a large, multi-branched molecule. The *waxy* gene produces a starch granule that is 100% amy-

NZ-USW-PA00002232

76 / *Corn: Chemistry and Technology, 2nd ed.*

lopectin. Waxy corn was grown on 0.22 million hectares (0.55 million acres) in the United States in 2000. About 30% is fed to animals, but it is mainly used by the wet-milling industry for manufacturing starch products, usually modified chemically, for use as thickeners in a variety of foods. The high-amylose hybrid corn (*ae1*) was grown in 2000 on 16–20 thousand hectares (40–50 thousand acres) and purchased only by one or two wet-milling companies to produce starch products of high market value.

By the use of gene-insertion techniques, patented corn hybrids have been developed that carry genes from *Bacillus thuringensis* that produce the *B. thuringensis* toxin, which is lethal to insect larval species such as the European corn borer and corn rootworm. Other popular new corn hybrids have been produced by gene-insertion techniques that make them resistant to Roundup brand herbicide (made by Monsanto). Crops made by these techniques are termed "genetically modified organisms" (GMO). These two types of hybrids are increasingly grown by U.S. farmers because they lower production costs. However, domestic and foreign sales of GMO biological produce have declined because of resistance by consumers and foreign governments to their use in foods. This causes food manufacturers to specify non-GMO grains in purchase contracts. Recent trends, however, indicate that a number of food manufacturers and some governments are resisting demands that foods containing GMO grains be so labeled because the protesters have not been able to show adequate scientific evidence to support their fears (USGC, 2002b).

Unless otherwise noted, the descriptions of structural, physical, and chemical properties in the rest of this chapter refer only to dent corn marketed under the USDA grading system.

## Color

Corn kernels can differ significantly in color from white to yellow, orange, red, purple, and brown. Color differences may result from genetic differences in pericarp, aleurone, germ, and endosperm. The pericarp can be colorless, orange, cherry red, red, dark red, brown, or variegated. The aleurone layer can be colorless, red, red-purple, purple, or brown, while the germ can be colorless, yellow, orange red, or purple. The endosperm is either colorless, yellow, orange, or orange-red (Wolf et al, 1952a; Coe et al, 1988). Some hybrids can have light tan and light orange pericarps. Obviously, the pericarp and aleurone must be colorless for the true color of the endosperm to be seen. Only yellow or white dent corns are grown commercially, but small quantities of red and blue varieties are produced for specialty markets. Flint corn grown in Argentina has orange-red endosperm.

## PHYSICAL PROPERTIES

### General Properties

The general physical properties of kernels and of bulk dent corn are given in Table 2. Compared with other cereal grains, such as wheat and sorghum, dent corn has larger kernel size and lower specific gravity, but in many other physical and chemical properties, these grains are similar. The values given in this table are for mature average-quality grain samples at 15% MC unless otherwise specified.

NZ-USW-PA00002233

TABLE 2
Physical Properties of Yellow Dent Corn[a]

| Property | United States Units | International Units |
|---|---|---|
| Kernels per ear | 800 | ... |
| Range | (500–1,200) | |
| Kernels per unit weight, lb; kg | 1,300 | 2,900 |
| Range | (900–1,800) | (2,000–4,000) |
| Bulk density,[b] lb/bu | 58.3 | ... |
| Range | (52–60) | |
| Bulk density,[c] lb/ft$^3$; kg/m$^3$ | 45.4 | 727 |
| Range | (40–46) | (641–737) |
| Specific gravity | 1.26[d] | ... |
| Void volume,[e] % | 42.3 | ... |
| Thermal conductivity, BTU/(hr) (ft$^2$) (°F/in.)[f] | 1.22 | 6.33[g] |
| Specific heat[c] | 0.486 | ... |
| Heat energy content,[h] BTU/lb; kJ/kg | 8.1 | 18.8 |
| Angle of repose, degrees | 35 | ... |
| Range | (34/43.5)[j] | ... |

[a] All values are for mature grain at 15% moisture content.
[b] ASAE (1983), 80–88°F.
[c] Brooker et al (1974).
[d] Nelson (1980).
[e] Thompson and Isaacs (1967).
[f] Oxley (1944).
[g] J/cm$^2$ · hr$^{-1}$ · °C$^{-1}$.
[h] Keener et al (1985).
[j] Moisture range of 7.5–23.1% (Brooker et al, 1974).

Values for most of the properties vary with respect to differences in MC and hybrid and production variables such as climate, soil, and fertilizer applications (Chung and Converse, 1971; Nelson, 1980). For example, moisture deficiency during grain-fill may produce smaller kernels, and an early frost may produce kernels of lower density. Flint and popcorn kernels naturally are of greater density than is dent corn because of the greater proportion of horny endosperm. Different levels of soil nitrogen or genetic differences may result in variation in endosperm H/F ratio and density. Kernel size and shape, bulk density, true density, and porosity (void volume) are parameters used in studying hydrodynamic, aerodynamic, and heat and mass transfer problems in grain. Void volume is a measure of the space between kernels in bulk. These properties are important when considering the design of handling and storage equipment. Generally, the lower the bulk density, the higher the void volume. Corns have an average void volume of 42.3% (Thompson and Isaacs, 1967), which is intermediate compared with void volumes of other cereals: oats, 50%; barley, 47%; wheat, 40%; and sorghum and soybeans, 36% (ASAE, 1983). Void volume influences the rate of passage of air and fumigants through the grain in a bin.

## Moisture

When measuring physical properties, the MC of the grain must be accurately determined. At the same MC, properties differ depending on whether the corn reached its MC by desorption or absorption of water vapor because of the hysteresis effect (ASAE, 1983). Several physical properties are influenced by moisture levels

NZ-USW-PA00002234

78 / *Corn: Chemistry and Technology, 2nd ed.*

and size ranges in bulk corn. Moisture levels in corn kernels of different size ranges affect several physical properties including bulk density (test weight), specific gravity, and kernel weight. The test weight of mixed kernels is lower than that for lots having kernels of uniform size and shape. Furthermore, the rate of test weight change with respect to MC change is almost twice as much for the mixed corn as for the samples of uniform size and shape. Large flat kernels have greater true density than do small kernels (Chung and Converse, 1971).

These changes in kernel properties with changes in MC result largely from absorption or desorption of water vapor, which produces changes in density and volume. Such changes are even more dramatic when the kernels are put in contact with liquid water, such as is involved when corn is steeped in water for starch production. Volume increases of popcorn and dent corn in water at temperatures of 0–100°C are linearly related to weight increase (Fan et al, 1962). Floury kernels of *opaque*-2 corn swell to a greater volume than do kernels of dent corn (Watson and Yahl, 1967; Ratkovic et al, 1982). Like most dehydrated plant materials, corn absorbs water at an initially rapid rate to fill capillaries. The absorption is followed by a gradually falling rate as the water diffuses through the tissues and is absorbed into cell components. The rate of swelling levels off after 4–8 hr at temperatures up to 71°C. Above this temperature, starch gelatinization causes faster swelling. Water first enters the kernel through the tip cap, moves quickly through voids in the pericarp by capillary action, and enters the endosperm through the crown (Cox et al, 1944). From there, wetting of the cellular contents of endosperm and germ is by slower diffusion, which increases in rate as the temperature of the water increases (Fan et al, 1962). Germ absorbs three to five times more water than does endosperm (Ratkovic et al, 1982). Diffusion coefficients increase with increasing MC over the range of 5–30% MC dry basis. The diffusion coefficient of germ was found to be 3.5–3.8 times that of floury endosperm and 4.7–5.3 times that of horny endosperm. Data for the pericarp indicated that the diffusion characteristics vary with location on the kernel (Syarief et al, 1984).

Although water might seem to be an adjunct, it is an important constituent of the corn kernel. Every application, including dry milling, popping, seed, and maintaining quality, have optimum moisture ranges for best results. Moisture levels above about 14.5% provide a suitable substrate for the growth of molds. Spore germination rate and hyphal growth both accelerate as MC increases. Furthermore, every mold species has a different moisture threshold for initiation of germination and growth. Moisture levels below 10% are difficult to maintain, and in this range the kernel becomes more friable.

For a long time, most research involving the influence of moisture levels used a moisture value obtained by oven drying a 25- to 50-g aliquot of a supposedly adequate sample of the entire bulk. Researchers suspected that there might be a large range in equilibrium MC of individual kernels within a lot, but they had no quick method for single-kernel moisture determination. Eventually, rapid and accurate nondestructive methods of measuring MC in single kernels were developed (Bonificio-Maghirang et al, 1997). These workers not only validated the accuracy of the rapid methods, but showed that corn dried at low temperatures from 29 to 18% MC contained kernels in a range of roughly 6% around the 18% value even after 14 days at 24–26°C in the laboratory. Some of the corn with 29% MC was carefully dried to 10% MC and mixed with 29% MC corn, in proportions calculated to achieve 18% upon equilibration. This corn also had a range of 6% MC among single kernels after 14 days of storage. Visual estimation of the degree of fungal

NZ-USW-PA00002235

growth showed that both mixtures had significant fungal invasion by the 14th day and differed by only one day (day 3 vs. day 4) in showing the first visible mold.

To determine whether similar results would be found in commercial situations, U.S. No. 3 corn at 15% MC was sampled as it was loaded into a vessel carrying 150,000 t (2.2 million bushels) at New Orleans and again as it was unloaded in Japan 33 days later (Hill et al, 1988). Results (12–17% at loading and 13–16.4% at unloading) verified that moisture equilibrium had not been achieved. Although the percent of total damage had not changed during shipment, laboratory examination showed increased mold development. However, several localized hot spots having significant increases in mold growth and temperature were found. Whereas corn measuring 15% MC by the standard bulk sampling method has long been assumed to be safe from mold development under normal storage conditions, this research indicates that 15% MC may not be safe due to the presence of kernels with higher MC. Furthermore, this research suggests that individual kernels may have intrinsic individual adsorption/desorption characteristics that may have far-reaching implications for current storage and marketing practices. However, data on range of moisture within a grain shipment does not currently enter into marketing practices. In 1984, moisture was eliminated as a grade factor, but the MC of every lot must now be recorded on the official certificate. Most importers require a 14.5% MC, which should improve quality maintenance.

### Thermal Properties

Table 2, showing thermal conductivity of corn at 6.33 $J/cm^2 \cdot hr^{-1} \cdot {}^{\circ}C^{-1}$, indicates that corn is a poor heat conductor (for comparison, thermal conductivity of concrete is 36–47 J units). This means that heat developed in a bin of corn dissipates slowly from the heated area. In the case of heat caused by the action of microorganisms or insects, continual heat generation eventually causes the temperature to exceed the combustion temperature of the corn, resulting in spontaneous combustion. Alternatively, a grain mass cooled by aeration during winter remains cooler than the outside temperature for many weeks into a summer storage period (Chapter 5).

The heat energy content, also called heat of combustion, of corn is 18.8 kJ/kg (8.1 BTU/lb), shown in Table 2, is sufficient to make corn grain useful as fuel if circumstances warrant. Such circumstances includes damage to corn to the extent that it is no longer useful for animal feed or periods when corn price is depressed below that of common fuels. Corn burns in a fluidized sand-bed (designed for burning ground corncobs) with 75% efficiency, about the same as that for burning ground cobs (heat energy content, 18.8 kJ/kg [8.1 BTU/lb]). By comparison, corn priced at $2.85/bu at 15.5% MC would be equivalent in price to liquid fuels, such as propane at $0.80/gal (100% conversion). Corncobs would be even more cost competitive with propane (Keener et al, 1985).

### KERNEL DEVELOPMENT

#### Pollination and Early Growth

The corn kernel is a type of fruit known as a caryopsis. It contains a complete embryo and all of the structural, nutritional, and enzymatic apparatus required for initiation of embryo growth and development. Figure 1 shows the internal relation-

NZ-USW-PA00002236

80  /  *Corn: Chemistry and Technology, 2nd ed.*

ships of the various parts of a corn kernel in a one-dimensional section. Reference to the several sections in Figure 2 provides an understanding of the three-dimensional relationships.

The life of a new corn kernel begins when a pollen grain lands on a style (silk) of the female flower, germinates, and grows down to the egg. The sperm nucleus unites with the egg nucleus to form the zygote, which contains 20 chromosomes (a double set). The generative nucleus of the pollen unites with the two polar nuclei, forming an endosperm nucleus with 30 chromosomes (three sets). The time between a pollen grain landing on the silk and completion of double fertilization is about 25 hr (Kiesselbach, 1949).

### Endosperm Development

The endosperm nucleus begins development within 3–5 hr after fertilization (HAF) by rapid nuclear divisions, and by 50 HAF, 128–256 free nuclei have formed. The nuclear division in the proembryo begins at about 40 HAF, a time at which the endosperm has 8–32 free nuclei (Kiesselbach, 1949). This is termed the "syncytium" stage, or stage I, of the four stages of cereal development suggested by Olsen and colleagues (Bosnes and Olsen, 1992; Olsen et al, 1992). Cell walls begin to form around individual endosperm nuclei about four days after pollination (DAP), which begins stage II, "celluralization." By 6 DAP, the endosperm is completely cellular and uninucleate, and by 12 DAP, cells fill the central endosperm vacuole and all karyokinesis and cytokinesis expansions are complete. Soon after that, cells just above the placenta become differentiated and function as a food-conducting tissue, the hilar layer in the mature kernel (Kiesselbach, 1949). At about this same time, the outer cell layer differentiates to form the aleurone, which matures at about day 50 (Kyle and Styles, 1977). At first, cell divisions occur throughout, but soon endosperm growth by cell division is limited to the peripheral region. The size of cells and nuclei in the central region increases rapidly during development of the starchy endosperm and of aleurone tissue (by 20–25 DAP) in stage III, differentiation (Knowles and Phillips, 1988). Although Olsen designates this as the beginning of stage IV, maturation, there is a considerable overlap with stage III in some functions. For example, Khoo and Wolf (1970) noted that, at 16 DAP, endosperm cell division in the mid-kernel was almost complete but differentiation in some cells was just beginning. After 16 DAP, endosperm growth continues until maturity by cell enlargement; cells become 50 to >100 µm in diameter to accommodate the rapidly accumulating starch granules and storage proteins (Lending and Larkins, 1989). Accumulation of starch granules and protein bodies begins in the central region at about 10 DAP and continues up to 45–50 DAP. Changes in the weight of water and total dry substance of the kernels and percent of the chemical components other than starch, as percent of the dry weight of each organ of the kernel, are shown in Figure 4.

### STARCHY ENDOSPERM

Starch accounts for 88% of the weight of mature endosperm (Table 3). It is synthesized in special organelles called amyloplasts (Badenhuizen, 1965). Starch molecules are deposited in successive layers in a specific crystalline pattern by a series of enzyme reactions. The final products are nearly round granules (Chapter 8). Starch deposition begins about 14 DAP and accelerates up to 22 DAP (expressed on

NZ-USW-PA00002237

weight per kernel) but levels off at 22 DAP as percent weight basis (Tsai et al, 1970; Cerning and Guilbot, 1971). Sugar content (Fig. 4) accumulates to 15 DAP and then declines as starch deposition accelerates. Khoo and Wolf (1970) observed that at 50 DAP, maximum kernel size had been achieved but there was still intra-



Fig 4. Changes in kernel dry weight, water, and components of the embryo and endosperm over a 46-day development period after pollination. M; comparable data of mature grains; o-o, whole grain; x-x, endosperm; ●-●, embryo. (Adapted from Ingle et al, 1965)

NZ-USW-PA00002238

82  /  Corn: Chemistry and Technology, 2nd ed.

**TABLE 3**
**Weight and Composition of Component Parts of Yellow Dent Corn Kernels from Seven Midwest Hybrids[a]**

| Part | Percent Dry Weight of Whole Kernel | Composition of Kernel Parts (%dwb)[b] | | | | | Unaccounted for |
|---|---|---|---|---|---|---|---|
| | | Starch | Fat | Protein | Ash | Sugar | |
| **Endosperm** | | | | | | | |
| Mean | 82.9 | 87.6 | 0.80 | 8.0 | 0.30 | 0.62 | 2.7 |
| Range | 81.8–83.5 | 86.4–88.9 | 0.7–1.0 | 6.9–10.4 | 0.2–0.5 | 0.5–0.8 | |
| **Germ** | | | | | | | |
| Mean | 11.1 | 8.3 | 33.2 | 18.4 | 10.5 | 10.8 | 18.8 |
| Range | 10.2–11.9 | 5.1–10.0 | 31.1–35.1 | 17.3–19.0 | 9.9–11.3 | 10.0–12.5 | |
| **Pericarp (bran)** | | | | | | | |
| Mean | 5.3 | 7.3 | 1.0 | 3.7 | 0.8 | 0.34 | 86.9 |
| Range | 5.1–5.7 | 3.5–10.4 | 0.7–1.2 | 2.9–3.9 | 0.4–1.0 | 0.2–0.4 | |
| **Tip cap** | | | | | | | |
| Mean | 0.8 | 5.3[c] | 3.8 | 9.1 | 1.6 | 1.6 | 78.6 |
| Range | 0.8–1.1 | ... | 3.7–3.9 | 9.1–10.7 | 1.4–2.0 | ... | |
| **Whole kernels** | | | | | | | |
| Mean | 100 | 73.4 | 4.4 | 9.1 | 1.4 | 1.9 | 9.8 |
| Range | ... | 67.8–74.0 | 3.9–5.8 | 8.1–11.5 | 1.37–1.5 | 1.61–2.22 | |

[a] Dry weight basis.
[b] Data of samples 1–6 and 8 in Earle et al (1946).
[c] Composite.

cellular activity in the peripheral region. Doehlert and Lambert (1991) found that sucrose and adenosine 5'-diphosphate glucosephophorylase enzyme concentrations at 20 DAP correlated with amount of starch at maturity.

PROTEIN SYNTHESIS
Protein deposition (N × 6.25), on a milligram-per-endosperm basis, rises quickly from 15 to 30 days, then slows down as starch accumulates, but then accelerates in the later stage of kernel development (Fig. 4). This change is coincident with the rapid decline of free amino acids (Fig. 4) and possible slowdown of starch deposition. Total protein percentage declines at about 37 days after fertilization due to faster synthesis of starch than protein, and levels off or increases slightly (Bressani and Conde, 1961). Deposition of alkali-soluble proteins, known as glutelins, is completed 30–35 DAP. Likewise, concentration of amino acids at 20 DAP is correlated with total protein at maturity (Fig. 4), but the alcohol-soluble storage protein, zein, accumulates at a steady rate throughout kernel development. Other data indicate that the major deposition occurs after 30 DAP (Bressani and Conde, 1961). Zein synthesis may account for the second spurt in protein synthesis (Fig. 4; Lending and Larkins, 1989).
Light microscopic observations of developing endosperms revealed that protein granules (protein bodies) in the endosperm are the primary sites of storage protein (Fig. 5). They first appeared at 15–20 DAP, about a week after starch granules were seen, and continued to increase in volume to maturity in the flint variety. Protein body diameter is greatest in peripheral cells and gradually becomes smaller toward the center (Duvick, 1955; Duvick, 1961). Maturing endosperm observed with light and electron microscopy showed that "protein deposits appear to accumulate in

NZ-USW-P-A00002239



Fig. 5. Light micrograph of a 10-μm section of horny endosperm destarched with amylase. PM, protein matrix; PB, protein bodies; SC, starch granule cavity; CW, endosperm cell wall (×500). (Reprinted, with permission, from Christianson et al, 1969)

vesicles produced by endoplasmic reticulum (ER) to form at the enlarged ends of ER" (Khoo and Wolf, 1970). The protein bodies were seen surrounded by a membrane and accompanied by polyribosomes. Larkins and Herkman (1978) clearly confirmed the observations of Khoo and Wolf that protein bodies are developed in the rough endoplasmic reticulum (RER) and are bounded by a membrane of similar nature (Lending and Larkins, 1989; see Chapter 9). Ribosomes and polyribosomes, which are involved in all protein synthesis, are associated with the protein body membranes (Herkman and Larkins, 1999). Examination of developing endosperm cells (stages II and III) with indirect immunofluorescent and confocal microscopy identified three specialized protein arrays (microtubules, actin, and elongation factor eF1), which are implicated in cell organization of all living cells (Clore et al, 1996). The microtubles, those dynamic hollow protein strands that have multiple functions in cells, are found along cell walls, suggesting a function in cell wall synthesis. The elongation factor1α (eF1A) protein is in close proximity to protein bodies, suggesting a function in protein synthesis. Actin fibers are in close association with the nucleus and extend toward the cell wall, suggesting an important component of cellular synthetic mechanisms. Although the exact mechanism by which protein bodies are assembled is currently unknown, specific staining shows that these three proteins are somehow important in protein body assembly, as they are found extensively in the matrix surrounding protein bodies. (See the postulated structure in Chapter 5, Fig. 8.) Developing cells of *sh2-r*, a genotype that does not develop starch, also contains actin and eF1A in close association with protein bodies. Also, actin and eF1A proteins are found closely associated with γ-zein, the only zein fraction that contains lysine. A high correlation of $r = 0.90$ was found between lysine and eF1A, but since eF1A accounts for only a small percent of the total ker-

NZUSW-P A00002240

84 / *Corn: Chemistry and Technology, 2nd ed.*

nel protein in *o2* genotypes, the correlation suggests that eF1A must be related to other lysine-rich proteins (Habben et al, 1995).

## ALEURONE

At 15 DAP, aleurone cells are almost indistinguishable from peripheral cells. By 20 DAP, aleurone cells show strong vacuolar precipitates, which will lead to formation of protein and oil bodies. By 35 DAP, the aleurone layer is fully formed, as shown by the very greatly thickened cell walls and by deposits of protein and oil bodies (Kyle and Styles, 1997). Immediately outside the aleurone, close examination in mature kernels reveals a very thin membranous tissue called the "seed coat" (discussed below), which is thought to be the remains of integument tissue of the ovary (Wolf et al, 1952b).

## Germ Development

The corn embryo is much slower to develop than is endosperm (Kiesselbach and Walker, 1952). At 14 DAP, the embryo is an undifferentiated mass of cells showing faint outlines of future subdivisions. At 22 DAP, it is still very small in relation to the rapidly growing endosperm, but the plumule and radical (root) are definite and distinct (Schel et al, 1984). The scutellum grows much faster than does the embryo. Kiesselbach (1949) claimed, "Seed carefully dried at this stage may germinate." Some seed companies use this stage of development in their breeding programs to obtain earlier winter nursery plantings.

Deposition of lipids in the form of oil bodies begins in the scutellum at about 22 DAP (Fig. 4) and continues at a steady state to maturity. As the kernel approaches maturity, the scutellum cell walls thicken appreciably and develop large pits. After starch and protein synthesis have stopped, lipid deposition may continue until the plant dies. Note that RNA and DNA content (Fig. 4) increases to maturity in the embryo and is available for rapid enzyme production during germination. All triacylglyceride oil in maize scutellum is contained in oil bodies, which have nearly identical properties in a variety of seeds (Huang, 1992). The oil appears to be synthesized on the surface of the RER and the whole oil body assembled almost simultaneously (Napier et al, 1996).

## Pericarp Development

Soon after fertilization, in tandem with endosperm development, the ovary wall begins to transform into pericarp tissue and gradually increases in size from fertilization to maturity. By 20 DAP, the tissue has increased in size many times by cell enlargement and cell division, and the inner and outer pericarp are clearly evident, but pressure from the rapidly expanding endosperm and germ causes flattening of the outer pericarp and crushing of the inner. The outer pericarp continues cell division and growth as the walls gradually thicken up to maturity. The inner pericarp cells, however, retain thin walls and stop dividing but continue elongating, thus maintaining integrity as a distinct tissue (Randolph, 1936).

At the base of the developing kernel, in an area known as the placento-chalazal area, cells of the ovary wall divide to form a layer that, by 20 DAP, has expanded to cover the entire base. The cells remain active, with large nuclei and wall in-growths identifying them as "transfer cells" that actively move nutrients into the germ area

NZ-USW-PA00002241

(Schel et al, 1984). They remain thus until the embryo is mature. Vascular tissue does not extend beyond the pedicel. Close to kernel maturity, the cells degrade into a narrow band of crushed cells that soon accumulate a brown pigment and become suberized. This is called the closing layer (Kiesselbach and Walker, 1952). This same layer was termed the "hilar layer" (Wolf et al, 1952a) but is more generally identified as the "black layer" (Daynard and Duncan, 1969).

## COMPOSITION OF THE MATURE KERNEL

### Whole Kernel

The composition of the whole kernel, given in Tables 1 and 3, is of utmost importance in the manufacture of animal feeds (Chapter 15). Because corn is an excellent source of energy, it is a major ingredient in animal rations. The quantity of other ingredients is determined by the composition of a particular lot of corn being used for each animal species. Therefore, reliable information on corn composition is critical for accurate ration formulation; the feed manufacturing industry has established tables of values considered to be representative of an average lot of commercial corn (NAS, 1969, 1982). Large variations occur every year in the environment on every farm due to climate, soil and fertilization, diseases, insects, rainfall, weed control cultural practices, and the hybrid planted. The chemical composition of corn from individual farms varies from farm to farm and year to year. This is especially true of protein concentration, which is significantly influenced by the soil nitrogen, either residual or applied (Schneider et al, 1953: Pierreet al, 1977; Cromwell et al, 1983). Although the University of Illinois has developed varieties in the Illinois Low Protein strain (ILLP) with protein content as low as 4% and in the Illinois High Protein strain (ILHP) as high as 32% (Dudley and Lambert, 1992), practical high-protein hybrids have not been developed. The range of 6–12% in Table 1 is for normal dent corn at extreme levels of soil nitrogen. Because of this range, which means that the final protein level in harvested grain cannot be guaranteed, seed companies have seldom successfully marketed higher-protein hybrids. Currently, some farmers are growing suitable hybrids at high soil nitrogen to produce corn with protein and amino acid levels several percentage points higher than normal and are selling it as a premium crop (USGC, 2001).

Nevertheless, constituent values of commercial corn in the United States are remarkably constant from year to year and region to region, generally not varying more than ±1.0%. One exception was the average oil in corn purchased by large wet-milling plants in the United States from the 1950s to the 1980s. Over that period, total oil declined from nearly 5 to 4.3%, a remarkable 14% drop (Watson, 1987). The only other change was a 70% increase in average acre yield in the Corn Belt over that same period. The only plausible explanation was that, since corn breeders selected inbreds for higher yield, they did not select for oil percent, thereby increasing endosperm as a percent of kernel at the expense of germ size (D. E. Alexander, *personal communication*). However, since that time, commercial corn has remained around 4.1–4.3% oil content. More recently, corn hybrids carrying 7.2–7.5% oil have become available commercially (as will be discussed later). This corn is finding application as a high-energy ingredient for animal and poultry rations, but demand fluctuates in response to prices of rendered animal fat (USGC, 2002a).

NZ USW-P A0000224 2

86 / *Corn: Chemistry and Technology, 2nd ed.*

## MINERALS

Although the starchy endosperm and the aleurone contain some minerals, the germ is the richest depository of mineral elements (ash), as shown in Table 3; it contains 78% of the kernel minerals, probably because they are essential for early embryo growth. The most abundant inorganic component is phosphorus, but 72% of it is in the form of phytin (organic P, Table 4), with 90% in the germ, present as the potassium-magnesium salt of phytic acid (hexaphosphorylinositsol). Phytin is an important storage form of seed phosphorus (Hamilton et al, 1951; O'Dell et al, 1972), which is liberated by phytase enzymes when embryo development is initiated. However, most of the phytin phosphorus is not available for animals. Potassium is abundant and sodium content is low, in common with most plant materials (Table 4). Phytin, potassium, and magnesium are abundant in aleurone cells. Sulfur, the fourth most abundant element in corn, is largely present in organic form as a constituent of the amino acids methionine and cysteine. Since endosperm contains 74% of the proteins in corn and germ contains 26% (Table 5), the sulfur probably is distributed in the same proportion. Accumulation rates of iron, copper, manganese, nickel, zinc, and phytic acid by dent kernels during their entire maturation cycle correlated with increase in dry matter, ash, and protein, except in the late-dough stage, when decreases were noted (Hovartis et al, 1998, 1999). The late decrease was probably due to a rapid increase in starch and protein deposition.

Corn is an important source of the essential element selenium in animal rations but must be supplemented with other sources because Corn Belt soils are low in

**TABLE 4**
**Inorganic Components of Yellow Dent Corn Grain (dry weight basis)[a]**

| Component | Range | Average |
|---|---|---|
| Total ash (oxide), % | 1.1–3.9 | 1.42 |
| Phosphorus[b] | | |
|   Total, % | 0.26–0.75 | 0.29 |
|   Inorganic, % | 0.01–0.2 | 0.08 |
| Potassium, % | 0.32–0.72 | 0.37 |
| Magnesium, % | 0.09–1.0 | 0.14 |
| Sulfur, % | 0.01–0.22 | 0.12 |
| Chlorine, % | ... | 0.05 |
| Calcium, % | 0.01–0.1 | 0.03 |
| Sodium, % | 0–0.15 | 0.03 |
| Iodine, mg/kg | 73–810 | 385.0 |
| Iron, mg/kg | 1–100 | 30.0 |
| Zinc, mg/kg | 12–30 | 14.0 |
| Fluorine, mg/kg | ... | 5.4 |
| Manganese, mg/kg | 0.7–54 | 5.0 |
| Copper, mg/kg | 0.9–10 | 4.0 |
| Selenium, mg/kg | 0.01–1.00 | 0.08 |
| Chromium, mg/kg | 0.06–0.16 | 0.07 |
| Cobalt, mg/kg | 0.003–0.34 | 0.05 |
| Cadmium, mg/kg | 0.04–0.15 | 0.07[c] |
| Lead, mg/kg | <0.003–2.92 | 0.0026[d] |
| Mercury, mg/kg | 0.002–0.006 | 0.003 |

[a] Data from Patrias and Olson (1969), Miller (1958), NAS (1969, 1982), Schneider et al (1953).
[b] Largely phytin phosphorus.
[c] Cadmium, lead, and mercury have known toxicity and no known biological function.
[d] W. J. Duensing, Bunge Lauhoff Grain Co., Danville, IL., *unpublished data*, March 10, 2000.

NZUSW-PA00000224 3

TABLE 5
Percentage of Total Indicated Constituent in Specified Fraction[a] in Yellow Dent Corn

| Part | Starch | Fat | Protein | Ash | Sugar | Unaccounted for |
|---|---|---|---|---|---|---|
| Endosperm | 98.1 | 15.4 | 73.8 | 17.9 | 28.9 | 26 |
| | 97.8–98.7 | 13.3–17.4 | 69.5–78.9 | 12.6–23.3 | 23–37.3 | |
| Germ | 1.5 | 82.6 | 26.2 | 78.4 | 69.3 | 12 |
| | 0.7–1.7 | 80.9–85.0 | 18.4–27.8 | 72.4–83.3 | 60.8–75.1 | |
| Bran | 0.6 | 1.3 | 2.6 | 2.9 | 1.2 | 54 |
| | 0.4–0.7 | 0.8–1.7 | 1.4–2.6 | 0.9–3.6 | 0.7–1.7 | |
| Tip cap | 0.1 | 0.8 | 0.9 | 1.0 | 0.8 | 7.0 |
| | ... | 0.4–1.0 | 0.5–1.2 | 0.7–1.6 | 0.6–1.1 | |

[a] Averages of samples 1–6 and 8 in Earle et al (1946).

selenium. Since selenium ingestion in high amounts is toxic, and some plant species accumulate excess selenium in response to its content in the soil, many animal deaths have been recorded in some western states. For this reason, the FDA would not permit addition of inorganic selenium to foods or animal feeds for many years. Eventually, the mounting bulk of evidence caused FDA to allow addition of sodium selenate in amounts as required for optimum growth (FDA, 1982). Selenium was found to be present in the tissue of both corn and rice as selenomethionine (Beilstein et al, 1990). Although the heavy metals cadmium, mercury, and lead are found in corn, the amounts are far below levels that would cause animal toxicity. Corn can, however, accumulate these metals when grown on land amended with sewage sludge containing pollutants high in such metals (Hinesley et al, 1978).

### VITAMINS, HORMONES, AND OTHER SUBSTANCES

Corn contains two fat-soluble vitamins, A (β-carotene) and E (α-tocopherol), and most of the water-soluble vitamins (Table 6). The yellow color of corn results from the content of carotenoid pigments, generally divided into carotenes and xanthophylls, in the endosperm (Chapter 10). The major carotene, β-carotene, is a precursor of vitamin A, being enzymatically converted at about 60% efficiency during digestion (depending on the animal species). Several other carotenoids contribute lesser percentages of vitamin A (Watson, 1962). The carotenoid content of corn is variable among inbreds and hybrids and disappears during storage on a logarithmic scale because it decomposes in the presence of light and oxygen (Quackenbush, 1963). Inbred lines (125) analyzed shortly after harvest had β-carotene concentrations in a range of 0.1–5.4 mg/kg. The average of three carotenes combined was 4.2 mg/kg (Quackenbush et al, 1963). In another study, of 40 hybrids and seed samples, total carotenes averaged 2.8 mg/kg and xanthophyll pigments averaged 23 mg/kg, with a range of 12–36 mg/kg (Blessin et al, 1963a). The major xanthophyll pigments are lutein and zeaxanthin, accounting for 90% of the total carotenoid pigments in yellow corn (Quackenbush et al, 1961). Hand dissection data showed that 95–97% of carotenoid pigment is in the endosperm, and 75% of that is in the horny endosperm (Blessin et al, 1963b). In corn wet milling, the endosperm protein is concentrated in the gluten fraction, which analyzes as 60–65% protein (at 10% MC) and contains 300–450 mg of carotenoid pigments per kilogram (Blessin et al, 1964). Corn gluten is an important ingredient in broiler rations for imparting a pleasing yellow color to the skin (Watson, 1962). The α-tocopherol is essentially all

NZUSW-P A000002244

88 / *Corn: Chemistry and Technology, 2nd ed.*

TABLE 6
Vitamin Content of Yellow Dent Corn (dry weight basis)[a]

| Vitamin | Range | Best Values[b] |
|---|---|---|
| Vitamin A, mg/kg | ... | 2.5 |
| Vitamin E, IU/kg[c] | 17–47 | 30 |
| Thiamine, mg/kg | 3.0–8.6 | 3.8 |
| Riboflavin, mg/kg | 0.25–5.6 | 1.4 |
| Pantothenic acid, mg/kg | 3.5–14 | 6.6 |
| Biotin, mg/kg | ... | 0.08 |
| Folic acid, mg/kg | ... | 0.3 |
| Choline, mg/kg | ... | 567 |
| Niacin, mg/kg | 9.3–70 | 28 |
| Pyridoxine, mg/kg | ... | 5.3 |

[a] From Miller (1958), NAS (1969, 1982).
[b] NAS (1982).
[c] Calculated by multiplying $1.49 \times$ (mg of $\alpha$-tocopherol/$\mu$g + 0.1 $\gamma$-tocopherol/kg); Combes and Combes (1985). One IU = 1 mg of standard DL-$\alpha$-tocopherol.

in the germ (at variable concentrations, depending on genotype) and is quite stable during storage. One analysis of 62 inbreds for $\alpha$-tocopherol had a range of 3–31 mg/kg, with an average of 24 mg/kg (Quackenbush et al, 1963).

All known water-soluble vitamins are present in the dry kernel, except for vitamin C (ascorbic acid), which is synthesized during germination. The vitamins shown in Table 6 are important with respect to corn as an animal feed component, especially thiamine ($B_1$) and pyridoxine. Niacin is present at high concentrations in the bound form, which is mostly unavailable to monogastric animals. However, treatment with alkali, such as in masa preparation (Chapter 13), makes it available (McDaniel and Hundley, 1958).

Many other minor components, usually not classed as vitamins but having a major role in embryo growth as raw material for synthesis, are found in corn. One of these is indoleacetic acid (IAA). IAA is an important hormone needed in all plants for elongation of cell division and enlargement. As might be expected, corn seedlings are a fairly rich source of IAA, which is present mainly as sugar esters in the growing coleoptile. Free and bound IAA was measured in corn and oat coleoptiles at 0.5–1.0 mg/kg and ester IAA was measured at 71.6–78.6 mg/kg (Greenwood et al, 1972). Four heterocyclic nitrogenous compounds, which are the components of RNA and DNA, measured in corn were adenine (5.4 g/kg), adenosine (9.6 mg/kg), uridine (18.3 mg/kg), and uracil (2.8 mg/kg). Quaternary compounds (betaine, trigonelline, and choline) are present in corn at microgram levels, mainly in the germ (Christianson et al, 1965).

## ENDOSPERM

### Starchy Endosperm

The endosperm constitutes 82–84% of the kernel dry weight and is composed of 86–89% starch by weight (Fig. 1; Table 3). It is constructed of mostly elongate cells packed with round or polyhedric starch granules 3–25 $\mu$m in diameter (Schoch and Maywald, 1956), as shown in Figure 6. In the mature kernel, each granule is embedded in a continuous protein matrix composed of an unstructured continuous

NZ-USW-PA00002245

proteinacious phase in which are embedded protein granules (protein bodies) (Fig. 5). Cells are enclosed in thin, highly pitted walls (Wolf et al, 1952c). The cause of the opaque appearance of the floury endosperm was not understood before the work of Wolf et al (1969), Duvick (1961), and Robutti et al (1974a). Their microscopic examinations of maturing kernels suggested that the central area, where the first starch granules are deposited, grows in size, and their protein membranes stretch to become thinner. Then, upon desiccation of the kernel, the protein matrix films are torn, leaving empty spaces that are filled with air, which interrupts light transmission. In the horny endosperm, the protein matrix is thicker and therefore stronger, causing the smaller starch granules to be compressed into polyhedric shapes, which allows no void to form and hence no impedance of transmitted light. This concept has practical application in the evaluation of dry kernels for the presence of stress cracks (Chapter 5). Wolf et al (1952c) states, "The entire endosperm shows evidence of structural stresses to the successive phenomena of growth and natural dehydration..." Cell distortion and damage is especially pronounced in the upper central portions. It is caused by inward pressure as the pericarp cap presses downward to replace the water being lost.

Endosperm cells become progressively smaller and the protein matrix progressively thicker from the central fissure to the outer endosperm. Figure 6 illustrates the differences in looseness between starch granules of the horny (upper part) and the floury (lower right) endosperms, resulting from the differences in thickness of the protein film surrounding each starch granule. Dent corn processed by dry-milling yields grits, a mixture of isolated pieces of endosperm from the horny areas, as the primary product (Chapter 11). During milling, the floury



Fig. 6. Scanning electron micrograph of fractured endosperm, showing how horny endosperm (CE) fractures along cell walls because of the strength of the protein matrix, whereas floury endosperm (lower right) fractures across the cells, exposing round starch granules not entirely enclosed in the matrix (×1,000). (Photo courtesy of E. Earp and L. Rooney, Texas A&M University)

NZ-USW-PA00002246

90 / *Corn: Chemistry and Technology, 2nd ed.*

endosperm breaks along cell walls, releasing some free starch granules and soft, rough-surfaced grits with many exposed, undamaged starch granules. Horny endosperm breaks more across cells, producing hard fragments with little release of starch granules but with much damage to both freed and surface granules. Starch granules produced in wet milling are intact and a mixture of round and polyhedral shapes.

In the classical fractionation of corn proteins (Osborne, 1897), proteins soluble in 70% ethanol, called zeins, are encapsulated as granules embedded in the matrix. There are three zeins of different molecular weights and amino acid components— $\alpha$-zein, $\beta$-zein, and $\gamma$-zein. As described above, they are packaged into a round body with the $\alpha$-zein in the center and the other two on the outside (Chapter 9, Fig. 8). The alkali-soluble protein is termed "glutelin." The nature of glutelin protein, as well as the insoluble fractions, contained in the matrix has been difficult to characterize. Comparison of the glutelin fraction in kernels with mature endosperm 24 DAP shows that the desiccation of the tissues results in greater matrix insolubility, presumably due to more cross-linking through cysteine disulfide bonds and hydrogen bonds (Christiansenet al, 1969; Paulis and Wall, 1971). Reacting endosperm with a dilute solution of $SO_2$, as in the wet-milling process, irreversibly reduces the disulfide bonds, weakening the structure and expediting complete starch recovery (Sanders, 1961; Boundy et al, 1967). The question of what the glutelins are has never been satisfactorily answered. Although several fractionations of reduced glutelin proteins have been reported (Wall et al, 1988), no metabolic function has ever been identified. Some investigators have referred to the matrix as "dehydrated cytoplasm." Wallace et al (1990) seem to agree by preferring the term "non-zein proteins" based on analysis of data from fractionation of completely solubilized endosperm protein. Nevertheless, these proteins are important from a nutritional standpoint because of high levels of tryptophan and lysine, which are absent in the dominant $\alpha$-zein protein. As already mentioned, *opaque-2* kernels have a higher content of lysine because the protein bodies are few, very small, and contain reduced amounts of $\alpha$-zein (Wolf et al, 1969). One of the proteins in the nonzein fraction (eF1A), is highly correlated with the total lysine content of corn endosperm (Habben et al, 1995).

### Peripheral Endosperm

In most dent and flint corn kernels, one to three layers of cells lie just beneath the aleurone. This is called the subaleurone or peripheral endosperm (Fig. 7). It has the smallest cells and may contain very small starch granules surrounded by a very thick protein matrix (Watson et al, 1955; Wolf et al, 1969). A dissected flint corn variety contained 3.9% of the most dense peripheral endosperm, which showed 27.7% protein upon analysis. Hinton (1953) likewise found that the first to sixth endosperm layer inside the aleurone (outer endosperm) contained 26% protein, but the seventh to the 14th layers of the inner horny endosperm contained only 10% protein (Duvick, 1961). Endosperms of several corn types differ not only in protein matrix thickness but also in H/F relationships, thickness of the peripheral layers, cell sizes, and protein components (Christianson et al, 1969).

### Aleurone

The outer cell layer of endosperm, the aleurone, is a single layer of cells of an entirely different appearance (Figs. 1 and 7). Although genotypes are known that

*The Corn Kernel* / 91

have multiple aleurone layers (Wolf et al, 1972), incorporation of this attribute into *opaque*-2 genotypes did not increase total lysine content (Nelson and Chang, 1974). This layer, which covers the entire starchy endosperm and the germ, is interrupted only at the hilar layer at the kernel tip and is thinnest over the germ. Hinton (1953) estimated that the aleurone layer in a flint corn variety made up 2.2% of the kernel dry substance and contained 19.2% protein, while Duvick (1961) reported 42%, the difference probably being in the hand-dissection techniques. The contents of aleurone cells are granular in appearance, and the cells contain protein bodies that are



Fig. 7. Outer kernel, 10-μm section. The section from the epidermis (E, left margin) through the tube cells (TC) is the pericarp and includes the mesocarp (M). AL, aleurone layer; SA, subaleurone (peripheral endosperm); SE, horny starchy endosperm; CC, cross cells. Swollen by steeping three days at 8°C (×300). (Reprinted, with permission, from Wolf et al, 1952b)

NZ-USW-PA00002248

92 / *Corn: Chemistry and Technology, 2nd ed.*

different in appearance and a little larger than those in the starchy endosperm. The protein bodies appear to be organized in a vacuole system as opposed to the RER origin of those in starchy endosperm. Aleurone cells also contain oil bodies but no starch (Kyle and Styles, 1977) and are also rich in minerals, combined as phytin. The protein has a nutritionally positive amino acid profile, but the contents of the aleurone cells are probably not available to digestive enzymes of monogastric animals unless the cells are opened by grinding (Saunders et al, 1969).

### Hilar Layer

Pulling the tip cap off exposes a dark brown circular layer, referred to above as the *hilar*, *closing*, or *black* layer that lies against the base of the germ and endosperm. The hilar layer appears to be an abscission layer, with the probable function of sealing the kernel tip. Determining the exact time to harvest the grain at the point of optimum dry matter yield has been a continuing problem. Daynard and Duncan (1969) first showed that final kernel dry weight accumulation was highly correlated with the completed development of the black layer. This was confirmed by Hunter et al (1991), who determined the point at which accumulation of $^{14}CO_2$ assimilate in the kernel ceased. In white corn, the black layer produces unappetizing black specks in the meal and grits in the dry-milling operation and must be removed by careful refining. Corn genotypes have been observed to vary in hilar layer color from black to reddish brown to light tan, which suggests the possibility of breeding for hybrids with a pale hilar layer (Bradbury et al, 1962). Crosses between four inbreds with white endosperm indicated that inheritance of color in the hilar layer is complex (Zuber et al, 1974) and so breeding for a pale hilar has not been found practical by commercial corn breeders.

### Germ

The germ, composed of embryo and scutellum (Fig. 1), makes up 10–12% of the kernel dry weight (Table 3). The germ stores nutrients and hormones, which are mobilized by enzymes elaborated during the initial stages of germination (Logan et al, 2001). It is the depository of 81–85% of the total kernel oil (Table 5), most of which are triacylglycerides, as well as many minor lipid types (Tan and Morrison, 1979; see Chapter 10). Long-term selection for oil content at the University of Illinois produced the ILHO strain, which, for 90 generations of selection, has continued to increase in oil content, averaging 0.7% per generation in going from the initial 4.7 to 19.3%. Every 1% increase in concentration of oil resulted in decreased concentrations of approximately 1.3–1.6% in starch and 1% in protein. The size of the germ increased to about 18% of the kernel weight, while the endosperm weight decreased proportionally (Dudley and Lambert, 1992; Lambert, 2001). In 100 generations, oil concentrations rose to 21.2%, germ increased to 35%, and endosperm weight was only 69% as percent of whole kernel weight. The percentage of oil in the germ also increased to 40% (R. J. Lambert, University of Illinois, *unpublished data*). Since the ILHO was selected for oil content only, the grain yield potential decreased significantly. This work provided the genetic information from which many modern HO hybrids have been developed; these are slightly inferior in grain yield to current hybrids (Lambert, 2001). The final development that made HO corn economic is the "top-cross method." In this method, a high-oil pollinator is used with a standard, cytoplasmic, male-sterile

NZ-USW-PA00002249

*The Corn Kernel* / 93

hybrid that produces kernels at 7–7.55% oil with little or no grain yield reduction compared with the yield of standard hybrids (Lambert et al, 1998).

## EMBRYO

The germ, as viewed in Figure 1, is composed of: 1) the epicotyl made up of primordial stem and leaves (Fig. 8), 2) the mesocotyl, in which vascular bundles of the scutellum and embryo merge, and 3) the scutellum (Fig. 8). Hinton (1959) dissected embryos from a few kernels of several European hybrids and found them to constitute 1.1% of the kernel weight (about 10% of the germ) and contain 30.8% protein. Most cells of the embryo and scutellum are potentially metabolically active upon hydration during germination. This also activates hydrolytic and synthetic enzymes and growth hormones to mobilize nutrients and synthesize all ingredients for growth (Lin et al, 1983). The primary root elongates first, pushing down through the soil. Next, the coleoptile enclosing the shoot elongates, pushing up through the soil



Fig. 8. Mesocotyl region of embryo in 10-µm median longitudinal section. Cp, coleoptile; Sc, scutellum; ScN, scutellar node; RB, root bud; PrR, primaryroot; VB, vascular bundle (×33). (Reprinted, with permission, from Wolf et al, 1952d)

NZ-USW-PA00002250

94  /  *Corn: Chemistry and Technology, 2nd ed.*

surface. It is soon split by the expanding leaves, which develop chlorophyll as soon as they are exposed to light. About four weeks after emergence, primordial internodes begin to expand, and the embryonic sexual organs complete their development.

### SCUTELLUM

The scutellum (Figs. 1 and 8) is the food storage organ of the germ. It consists of four different tissues: 1) epithelium, a single layer of cells bordering the starchy endosperm; 2) parenchyma, making up the major bulk; 3) epidermis, a single layer of cuticulized cells bordering the embryonic cavity; and 4) provascular tissue (Wolf et al, 1952d). Parenchyma tissue (Fig. 9) is composed of cells that contain a nucleus, dense cytoplasm, some starch granules, and clear bodies that contain liquid oil. This constitutes 83% of the total kernel lipids. Parenchyma cells are short cylinders with thick walls bearing numerous pits and intercellular spaces that facilitate movement of material among cells. One constituent of the scutellum cell walls is similar to the hemicellulose in pericarp walls. It is a polymer made up of a xylose backbone with short side branches of xylose, arabinose, galactose, and glucuronic acid (Feather and Whistler, 1962). Dissected scutella make up 10.6% of the kernel (about 90% of the germ) and contain 18.6% protein (Hinton, 1959). The scutellum undoubtedly carries the bulk of the approximately 10% of total kernel sugars and minerals (ash) (Table 5).



Fig. 9. Section of scutellum-endosperm interface (10 μm). E, endosperm; Sc, scutellum; EL, epithelial layer; CL, cementing layer; OB, oil bodies; Al, aleurone layer (×190). (Reprinted with permission from Wolf et al, 1952d)

NZ-USW-PA00002251

## OIL BODIES

The clear objects observed microscopically in scutellum cells are organelles known as oil bodies, or spherosomes, and are found in scutellum parenchyma cells as well as in all oilseeds (Slack and Browse, 1984; Tzen and Huang, 1992; Napier et al, 1996). Oil bodies were first observed in cottonseeds and were described as spherical bodies about 1 μm in diameter and highly refractive to light (Yatsu et al, 1971). Additional research demonstrated that they are bound by a half-unit membrane that contains a structural protein with its polar surface facing the hyaloplasm and the lipoidal surface contacting the internal storage lipid (Yatsu and Jacks, 1972). Huang and colleagues, in a series of papers up to 1995, observed and isolated oil bodies in maize scutella that contained 90–95% of the total maize triacylglycerides (Huang, 1992). The rest is in the embryonic axis. The oil bodies are remarkably stable in the cells or when isolated, which may be nature's way of keeping the oil separate from the rest of the cytoplasm until it is needed to nourish the embryo. This stability is due to the surface membrane being composed of several phospholipids, primarily phosphotidylcholine, combined with two (possibly more) low-molecular-weight, acidic, and hydrophobic proteins of 18, 17, and 16 kDa in a ratio of 1:1:2, respectively; these are termed oleosins (Rongda et al, 1986; Lee et al, 1995). This research has provided data on which was built a postulated concept for the complete structure of oil bodies, as shown in the schematic in Figure 10 (Tzen



Fig. 10. A model of a maize oil body. The left drawing is a whole oil body with a quarter cut open to show the interior structure. The multitude of shaded spheres attached to three dotted lines represent triacylglycerols (TAG). To show the whole organele in this drawing, the dimension of the oil body in proportion to that of the molecules has been reduced 24 times. The curvature of the surface molecules is much sharper, 576 times, than that in a native oil body. The central drawing depicts a small surface section cut perpendicular to the surface showing two oleosin molecules and two phospholipid (PL) molecules. One part of the oleosin protein molecule (OPM) is a hydrophobic component (Hyphob), depicted as a 1-nm stalk (dotted lines), which are attached to a globular hydrophylic component (Hyphyl, solid lines). Dark spheres represent PL, with the two dotted lines representing the hydrophobic fatty acid moiety that associates with the fatty-acid portion of the TAGs. The molar proportion of the PL in relation to the oleosin remains that in the native oil body. The proportions of the TAG to the PL and oleosin have been drastically reduced. The right drawing is a surface view of a structural unit consisting of 13 PL molecules and one oleosin molecule. To illustrate the structural unit clearly, the upper figure is a surface view above the oleosin globe, and the lower figure is a view at the level of the PL head group. (Reprinted, with permission, from Tzen and Huang, 1992; ©The Rockefeller University Press)

NZ⸱USW-P A00002252

96 / *Corn: Chemistry and Technology, 2nd ed.*

and Huang, 1992). Spherosomes of all species of plants have similar properties, but each has oleosins of different character (Huang, 1992). Maize scutella were studied because they have the fewest proteins and the simplest structure (Lee et al, 1995). The maize oil body membrane has been shown to contain a prolipase that is activated on germination (Lin et al, 1983).

## EPITHELIUM

Between the endosperm and scutellum lies the epithelium, a layer of cylindrical, densely cytoplasmic cells attached to each other only near their bases (Fig. 9). During germination, the outer ends of these cells become swollen and the cell walls become thin. Hydrolytic enzymes are secreted and diffuse into the endosperm, where they digest starch and protein. The resulting sugars and amino acids are then translocated through the scutellum into the embryo. In many places, the epithelium folds inward in the scutellum, forming "glands" up to 1 μm in length, thus providing additional surface for enzyme secretion (Wolf et al, 1952d). The walls of the secretory cells are different from other cell walls in being comprised only of an araban type of hemicellulose and very little cellulose (Seckinger et al, 1960).

## CEMENTING LAYER

Between the epithelial layer and endosperm is a dark amorphous layer, called the cementing layer (Fig. 9). Protease or carbohydrase enzymes are not able to digest this layer (Wolf et al, 1958). Analysis shows that it contains protein, hemicellulose, and probably cellulose (Seckinger et al, 1960). The cementing layer appears to be cells crushed during kernel growth and dehydration plus residue from metabolic activity. This material forms a tight, insoluble bond between germ and endosperm (Wolf et al, 1952c). This accounts for the difficulty in separating purified germ fractions by dry milling. Since research as shown that the sulfur dioxide used in wet milling accomplishes nearly complete starch release in only 4 hr (Sanders, 1961), it is reasonable to assume that the rest of the long 25- to 30-hr steep is needed to soften the cementing layer.

## Pericarp

The pericarp, commonly know as "hull," is the outermost covering of the kernel (Fig. 7) and makes up 5–6% of the kernel dry weight (Table 3). The parts of the pericarp from the surface inward are: 1) epidermis, 2) mesocarp, 3) cross cells, 4) tube cells, and 5) seed coat. All are composed of empty, dead cells except the seed coat, which is amorphous. The pericarp varies in thickness at different locations around the kernel, likely as a result of differences in degrees of compression rather than in number of cell layers (Wolf et al, 1952b). Pericarp thickness varies from 62 to 160 μm in 33 inbreds and shows that breeding for either thick or thin pericarp should be successful (Helm and Zuber, 1969). Although the word "bran" is sometimes used as a synonym for pericarp, its use should be restricted to the pericarp-containing product of a dry-milling process that includes tip cap, aleurone layer, and adhering pieces of hard starchy endosperm. The wet-milling product is called "fiber." All of the main cells of the pericarp are hollow tubes and are important channels for rapid absorption of water entering at the tip cap.

NZ-USW-P-A0000225.3

EPIDERMIS

The epidermis is the outermost layer of the pericarp, extending over the entire kernel, except at the tip cap. It is a single row of cells coated on the outside with a waxy cuticle, 0.7–1.0 μm in thickness, that restricts water absorption. Walls are very thick, especially the outer wall, which is twice as thick (4–6 μm) as the inner wall (Wolf et al, 1952b).

MESOCARP

The mesocarp is the thickest layer and probably amounts to 90% of the mass of the pericarp. The first three to four cells just inside the epidermis have very thick walls and a small lumen. Although mesocarp cells are only 7–10 μm in diameter, they are very long, some measuring 1,000 μm (Fig. 11), and are interconnected through the extensive pit system. The central cells have thinner walls and larger lumen but may be longer than outer cells. In the innermost layer, the cells are large, have the thinnest walls, and become strongly compressed by the developing endosperm and germ (Wolf et al, 1952b).



Fig. 11. Long cells from outer mesocarp area of pericarp showing pits and interlocking arrangement (×200). Separated by soaking in 10% KOH 5 hr at room temp. (Reprinted, with permission, from Wolf et al, 1952b)

NZ-USW-PA00002254

## CROSS-CELL LAYER

The next layer toward the center is the very open cross-cell layer, which is two to four cells thick. Wolf et al (1952b) states,

> They are stretched mainly tangentially around the kernel, that is, at right angles to all the other cells of the pericarp, since all others are oriented parallel to the long axis of the kernel.

These cells are branched and appear filamentous because they are narrow and connected only at the ends of the branches. Walls are thin and apparently without pits.

## TUBE-CELL LAYER

The innermost layer of the pericarp is the tube-cell layer, a single row of longitudinal tubes pressed tightly against the seed-coat membrane. The cells are narrow, thin-walled, unbranched, 135–250 μm long, and independent of neighboring cells. The open areas in the cross-cell and tube-cell layers, together with the numerous pits in mesocarp cells, provide capillary interconnections between all cells, which facilitates water absorption. The pericarp extends to the kernel base, uniting with the tip cap. Inside the tip cap are spongy, star-shaped cells connected only by the ends of the branches, thus forming a strong but porous structure that is continuous with the cross-cell layer (Wolf et al, 1952b).

## SEED COAT

Next to the tube cells is the outermost structure of the seed, a thin, hyaline, suberized, almost invisible membrane termed the seed coat (Wolf et al, 1952b). It adheres tightly to the outer surface of the aleurone layer and is thought to impart semipermeable properties to the corn kernel; however, the aleurone layer may be just as important in this function. The presence of a semipermeable membrane can be demonstrated in intact, fully hydrated corn kernels, which show osmotic pressure effects on transfer between pure water and salt solutions. All tissues exterior to the seed coat together constitute the true fruit coat.

## CELL WALL STRUCTURE

For many years, the organization of the plant cell wall was an unsolved problem. The walls of pericarp cells were known from qualitative tests to contain cellulose and pentosans but no lignin. Pectins, which are so common in the walls of dicotyledenous plants, were not present (Fincher and Stone, 1985). The only lignin detected in the kernel is in the small vascular bundles in the embryonic mesocotyl. Treatment of pericarp with aqueous alkali separates individual cells (Fig. 11), indicating that the soluble extract had acted as a cementing substance (Wolf et al, 1952b). The extract identifies as a hemicellulose, a pentose polysaccharide containing xylose, arabinose, galactose, and a uronic acid. Precipitation with alcohol yields a white, uniform solid (Wolf et al, 1953) that is soluble in water up to a concentration of 10–11%, having viscosities similar to those of gum arabic (Watson, 1959). A series of chemical investigations revealed that the molecule had a major D-xylose chain with short D-xylose branches often terminating in L-arabinose, L-galactose, or D-glucuronic acid (Montgomery and Smith, 1957.).

More recently, a French team headed by Luc Saulnier has published a series of excellent papers on the structure of the maize pericarp cell walls. Their raw material was a commercial micronized (<80 μm) corn bran enzymatically purified to remove

NZ USW-P A0000225 5

starch. Chemical analysis results (percent composition) were as follows: xylose, 34.3; arabinose, 22.8; galactose, 5.6; glucuronic acid, 4.8; glucose, 22.5; starch, 0; protein (N × 6.25), 2.4; p-coumaric acid, 0.4; ferulic acid, 3.2; diferulic acid, 0.7; and acetic acid, 4.2. This heteroxylan made up 50% of the pericarp wall. The nonstarch glucose indicates the presence of cellulose. Different extraction methods have given similar results for the monosaccharide composition, indicating the highly homogeneous nature of this native polysaccharide heteroxylan (Chanliaud et al, 1995). Large amounts of ferulic acid residues and the presence of diferulic acids in alkaline hydrolysates indicates cross-linking of adjacent heteroxylans by difurylic bridges. Fractionation of extracts of mild-acid hydrolysis of the maize bran produced diferylates of xylose and arabinose oligosaccharides. This is strong evidence that each heteroxylan polymer in the corn pericarp is cross-linked through an estimated 15 difuroyl linkages to the neighboring heteroxylan, as shown in Figure 12 (Saulnier et al, 1995).

However, sequential alkaline extractions (Saulnier et al, 1999) indicated that there was some other factor involved in heteroxylan insolubility, possibly a protein. Hydrogen bonding to the cellulose skeleton was ruled out. An earlier clue to possible protein involvement was detection of an unusual amino acid, hydroxy-proline, in corn pericarp (VanEtten et al, 1961). Hydroxyproline had previously been found in cell walls of dicotyledenous plants as a glycoprotein. Its presence



Fig. 12. Model for the maize bran cell wall structure. (Reprinted, with permission, from Saulnier and Thibault, 1999. ©Society of Chemical Industry. Permission granted by John Wiley & Sons Ltd., on behalf of the SCI)

NZ-USW-PA00002256

100  /  *Corn: Chemistry and Technology, 2nd ed.*

in corn pericarp was confirmed by isolation of a salt-soluble glycoprotein, PC-1, that contained hydroxyproline and was isolated from corn pericarp of dent, pop, and sweet corn kernels at five stages of growth from pollination to 40 DAP (Hood et al, 1988). Total hydroxyproline and PC-1 in pericarp tissue were correlated with the increases of pericarp dry weight (Fritz et al, 1991). These results inspired the postulation that the hydroxyproline-rich glycoprotein connects the whole assembly by cross-links through isodityrosine bridges (Saulnier and Thibault, 1999). A schematic of a possible cell wall structure of maize pericarp is shown in Figure 12. The maize pericarp walls are very resistant to enzymatic degradation. This property is probably due to the highly branched heteroxylan, but also to the large number of diferulic bridges. These properties, as well as the high level of ferulic acid esterified to arabinoxylan, may restrict enzyme accessibility (Faulds et al, 1955).

### DIETARY FIBER

The fibrous parts of plants, such as brans of wheat, corn, oats, barley, and soybeans, are indigestible by humans, but, in the last 30–40 years, dietary fiber has been recognized as an important ingredient in all diets for optimum health. It is now known that it is partially digested in the large intestine. Many aspects of the health effects, sources, chemistry, technology, and food applications of dietary fiber are described in a new book by McCleary and Prosky (2001). The development of a clear definition of dietary fiber has been vital to the progress of research on nutrition and food application. A review committee of the American Association of Cereal Chemists has published a complete definition

> Dietary fiber is the edible parts of plants or analogous carbohydrates that are resistant to digestion and absorption in the human small intestine with complete or partial fermentation in the large intestine. Dietary fiber includes polysaccharides, oligosaccharides, lignin, and associated plant substances. Dietary fibers promote beneficial physiological effects including laxation, and/or blood cholesterol attenuation, and/or blood glucose attenuation.

It was accompanied by a review of the history of the concept and a detailed discussion of the scientific basis for the definition (AACC, 2001a).

This definition of dietary fiber is based, in part, on the results of many years of research for an adequate analytical method of determining the total dietary fiber. This new method (AACC, 2000) has been adopted as the official method of the American Association of Cereal Chemists and the Association of Official Agricultural Chemists. It is applicable to all foods for estimating both indigestible soluble and insoluble dietary fiber (AACC, 2000). This method replaces two older methods—crude fiber obtained by digestion in acid and the neutral detergent fiber (NDF) method (Van Soest and Wine, 1972). The NDF method does not include soluble fiber but gives a good estimate of total insoluble fiber. An acid detergent fiber method was also used to determine cellulose plus lignin. Table 7 shows how dietary fiber is distributed among the kernel components. This value is essentially equivalent to the 9.8% "unaccounted for" total kernel components in Table 3. Corn fiber (purified and micronized) is recognized as a commercial food ingredient (Chapter 11) (Burge and Duensing, 1989; AACC, 2001b).

NZ-USW-PA00002257

**TABLE 7**
Dietary Fiber Components of Corn Kernel Parts

| Part | Percent of Kernel Dry Substance[a] | Insoluble Neutral Detergent Fiber | Hemicellulose | Cellulose[b] | Lignin[b] | Soluble Fiber | Total Fiber[c] | Percentage of Kernel Fiber[a] |
|------|------|------|------|------|------|------|------|------|
| | | | Percent of Dry Substance | | | | | |
| Whole kernel | 100 | 9.5[d] | 6.7 | 3.0 | 0.2 | 0.1 | 9.5 | 100 |
| Starchy endosperm | 81[e] | 1.0[b] | ... | ... | ... | 0.5[b] | 1.5 | 12 |
| Aleurone endosperm | 2.0[f] | 50.0[g] | ... | ... | ... | 25[g] | 75 | 15 |
| Germ | 11.0 | 11.0[d] | 18[d] | 7[d] | 1.0[g] | 3.0[g] | 14 | 16 |
| Pericarp (bran) | 5.3 | 90 | 67[d] | 23[d] | 0.1[h] | 0.2 | 90.7 | 51 |
| Tip cap | 0.8 | 95[g] | 70[g] | ... | 2.0[g] | ... | 95 | 0.1 |

[a] Based on data in Table 2.
[b] Data of Van Soest et al (1979) and Nyman et al (1984).
[c] Insoluble neutral detergent fiber plus soluble fiber.
[d] Unpublished data, S. A. Watson.
[e] Value from Table 2 reduced by 2% to account for aleurone that remains with endosperm in hand dissection.
[f] Hinton (1953).
[g] Estimate by author.
[h] Sandstead et al (1978).

## SUMMARY

The corn kernel, like other seeds, is a uniquely packaged storage organ that contains all of the necessary components required to propagate the species. Fortunately for the human race, it also contains high levels of starch, protein, oil, and other nutritionally valuable substances. This chapter has reviewed current information on the physical and chemical properties of the corn kernel and its constituent parts. Since the late 1980s, major advances have been made in our understanding of microstructural features of the constituent parts of the kernel. These include the structure of zein protein bodies in endosperm cells; deposition of oil in discrete, highly stable oil bodies in germ cells; and the way components of the pericarp cell walls are organized. Better understanding of the macro and micro structural features and chemical properties of corn improves our ability to utilize it in many food and industrial products. Furthermore, the knowledge of structural and chemical component relationships continues to assist those who seek to improve corn for its numerous uses through plant breeding, as well as offering improved efficiency for the wet and dry corn-milling and snack-food processes. Corn is primarily a source of energy in human foods and animal feeds because of its high content of starch. This property sustains a large animal industry in the United States and in many other parts of the world and also makes corn a basic food in Latin North America, South America, and parts of Africa and Asia.

## REFERENCES

Ahmadi, A., Wiebold, W. J., Beurllien, D. J., Eckert, D. J., and Schopper. J. 1993. Agronomic practices that affect corn kernel characteristics. Agron. J. 85:615-619.

Alexander, D. E. 1988. Breeding special nutritional and industrial types. Pages 869-880 in: Corn and Corn Improvement, 3rd ed. W. F. Sprague and J. W. Dudley, Eds. American Society of Agronomy, Madison, WI.

American Association of Cereal Chemists. 2000. Approved Methods of the American Association of Cereal Chemists, 10th ed. Method 32-

NZ-USW-PA00002258

102 / *Corn: Chemistry and Technology, 2nd ed.*

25, Total dietary fiber determined as neutral sugar residues, uronic acid residues, and Klason lignin (Uppsala method). The Association, St. Paul, MN.

American Association of Cereal Chemists. 2001a. The definition of dietary fiber. A report of the Dietary Definition Committee of the American Association of Cereal Chemists. Cereal Foods World 46:112-129.

American Society of Agricultural Engineers. 1983. ASAE data on grain storage. Pages 294-313 in: Agricultural Engineers Yearbook. The Society, St. Joseph, MI.

Badenhuizen, N. P. 1965. Occurrence and development of starch in plants. Pages 65-208 in: Starch: Chemistry and Technology. R. L. Whistler and E. F. Pascall, Eds. Academic Press, New York.

Beilstein, M. A., Whanger, P. D., and Yang, G. Q. 1991. Chemical forms of selenium in corn and rice grown in a high selenium area of China. Biomed. Environ. Sci. 4:392-398.

Blessin, C. W., Brecker, J. D., Dimler, R. J., Grogan, R. J., and Campbell, C. M. 1963a. Carotenoids in corn. III. Determinations of carotenoids and xanthophylls. Cereal Chem. 40:436-442.

Blessin, C. W., Brecker, J. D., and Dimler, R. J. 1963b. Carotenoids of corn. V. Distribution of xanthophylls and carotenes in hand-dissected and dry milled fractions of yellow corn. Cereal Chem. 40:582-586.

Blessin, C. W., Brecker, J. D., and Dimler, R. J. 1964. Carotenoids of corn and sorghum, VI. Determination of xanthophylls and carotenes in corn gluten fractions. Cereal Chem. 41:543-548.

Bonifacio-Maghirang, E., Paulsen, M. R., Hill, L. D., and Bender, K. L. 1997. Single kernel moisture variation and fungal growth of blended corn. Trans. ASAE 13:81-89.

Bonnett, O. T. 1954. The influoresence of maize. Science 120:77-87.

Bosnes, M., and Olsen, O.-A. 1992. The rate of transcription in barley endosperm synctia increases six-fold prior to cell wall formation. Planta 186:376-383.

Boundy, J. A., Woychick, J. H., Dimler, R. J., and Wall, J. S. 1967. Protein composition of dent, waxy and high-amylose corn. Cereal Chem. 44:160-169.

Boyer, C. D., and Hanna, L. C. 2001. Kernel mutants of corn. Pages 1-32 in: Specialty Corns, 2nd ed. A. R. Hallauer, Ed. CRC Press, Boca Raton, FL.

Bradbury, D., Wolf, M. J., and Dimler, R. J. 1962. The hilar layer of white corn. Cereal Chem. 39:72-78.

Bressani, R., and Conde, R. 1961. Changes in the chemical composition and in the distribution of nitrogen of maize at different stages of development. Cereal Chem. 38:76-84.

Brooker, D. H., Bakker-Arkema, F. W., and Hall, C. W. 1974. Drying Cereal Grains. AVI Publishing Co., Westport, CT.

Burge, R. M., and Duensing, W. J. 1989. Processing and dietary fiber ingredient applications of corn bran. Cereal Foods World 34:535-538.

Cerning, J., and Guilbot, A. 1971. Die Entwicklung hochmolekularer Kohlenhydrate im Maizkorn wahrend des Reifeprozesses. Staerke 23:238-244.

Chanliaud, I., Salnier, L., and Thibault, J. F. 1995. Alkaline extraction and characterization of heteroxylan from maize bran. J. Cereal Sci. 21:195-203.

Christianson, D. D., Wall, J. S., and Cavins, J. R. 1965. Location of nonprotein nitrogenous substances in corn grain. J. Agric. Food Chem. 13:272-281.

Christianson, D. D., Nielsen, H. C., Khoo, U., Wolf, M. J., and Wall, J. S. 1969. Isolation and chemical composition of protein bodies and matrix protein in corn endosperm. Cereal Chem. 46:372-381.

Chung, D. S., and Converse, H. H. 1971. Effect of moisture on some physical properties of grains. Trans. ASAE 14:612-614, 620.

Clore, A. M., Dannenhoffer, J. M., and Larkins, B. A. 1996. EF1α is associated with a cytoskeletal network surrounding protein bodies in maize endosperm cells. Plant Cell 8:2003-2014.

Coe, E. H., Jr., Nueffer, M. G., and Hoisington, D. A. 1988. The genetics of corn. Pages 140-146 in: Corn and Corn Improvement. G. F. Sprague and J. W. Dudley, Eds. American Society of Agronomy, Madison, WI.

Combes, S. B., and Combes, G. P. 1985. Varietal differences in vitamin E content of corn. J. Agric. Food Chem. 33:815-817.

Cox, M. J., MacMasters, M. M., and Hilbert, G., E. 1944. Effect of sulfurous steep in corn wet milling. Cereal Chem. 21:447-465.

Cromwell, G. L., Bitzer, M. J., Stahly, T. S., and Johnson, T. H. 1983. Effects of soil nitrogen fertility on protein and lysine content, and nutritional values of normal and *opaque*-2 corn. J. Animal Sci. 57:1345-1351.

Daynard, T. B., and Duncan, W. G. 1969. The black layer and grain maturity. Crop Sci. 9:473-476.

Doehlert, D. C., and Lambert, R. J. 1991. Metabolic characteristics associated with starch, protein and oil deposition in developing maize kernels. Crop Sci. 31:151-157.

Dudley, J. W., and Lambert, R. J. 1992. Ninety generations of selection for oil and protein in maize. Maydica 37:81-87.

NZ-USW-PA00002259

Duvick, D. N. 1955. Cytoplasmic inclusions in the developing and maturing maize endosperm. Am. J. Bot. 42:717-725.

Duvick, D. N. 1961. Protein granules in maize endosperm cells. Cereal Chem. 38:374-385.

Earle, F. R., Curtis, J. J., and Hubbard, J. E. 1946. Composition of the component parts of the corn kernel. Cereal Chem. 23:504-511.

Fan, L. T., Chu, P. S., and Shellenberger, J. A. 1962. Volume increase of kernels of corn and sorghum accompanying absorption of liquid water. Biotechnol. Bioeng. 4:311-322.

Faulds, C. B., Kroon, P. A., Saulnier, L., Thibault, F.-J., and Willison, G. 1995. Release of ferulic acid from maize bran and derived oligosaccharides by *Aspergillus niger* esterases. Carbohydr. Polym. 27:187-190.

FDA, 1982. Food additives permitted in feed and drinking water of animals: Selenium. Final Rule. Fed. Reg. 47:26814.

Feather, M. L., and Whistler, R. L. 1962. Isolation and characterization of the principle hemicellulose from corn germ. Arch. Biochem. Biophys. 98:111-115.

Fergason, V. 2001. High amylose and waxy corn. Pages 63-84 in: Specialty Corns, 2nd ed. A. L. Hallauer, Ed. CRC Press, Boca Raton, FL.

Fincher, G. B., and Stone, B. A. 1985. Cell walls and their components in cereal grains. Pages 207-295 in: Advances in Cereal Science and Technology, Vol. 8. Y. Pomeranz, Ed. American Association of Cereal Chemists, St. Paul, MN.

Fritz, S., Hood, K. R., and Hood, E. 1991. Localization of soluble and insoluble fractions of hydroxyproline-rich glycoprotein during maize kernel. J. Cell Sci. 98:545-550.

Goodman, M. M. 1978. A brief survey of the races of maize and current attempts to infer racial relationships. Pages 143-158 in: Maize Breeding and Genetics. D. B. Walden, Ed. John Wiley & Sons, New York.

Greenwood, M. S., Shaw, S., Hillman, J. R., Ritchie, A., and Wilkins, M. B. 1972. Identification of auxin from *Zea* coleoptile tips. Planta 108:179-183.

Habben, J. E., Moro, G. L., Hunter, B. G., Hanaker, B. R., and Larkins, B. A. 1995. Elongation factor 1α is highly correlated with the lysine content of maize endosperm. Proc. Natl. Acad. Sci. USA 92:8640-8644.

Hamilton, T. S., Hamilton, B. C., Johnson, B. C., and Mitchell, H. H. 1951. The dependence of the physical and chemical composition of the corn kernel on soil fertility and cropping systems. Cereal Chem. 28:163-176.

Helm, J. L., and Zuber, M. S. 1969. Pericarp thickness of dent corn inbred lines. Crop Sci. 9:803-804.

Herkman, E. M., and Larkins, B. A. 1999. Protein storage bodies and vacuoles. Plant Cell 11:601-613.

Hill, L. D., Paulsen, M. R., Kuhn, B. J., Jackson, B. J., and Weinziere, R. A. 1988. Corn quality changes during export from the United States to Japan. Agric. Econ. Paper NE-4636. Dept. Agric. Econ., University of Illinois, Urbana.

Hinesley, T. D., Alexander, D. E., Ziegler, E. L., and Barrett, G. L. 1978. Zinc and cadmium accumulation by corn inbreds grown on sludge amended soil. Agron. J. 70:425-428.

Hinton, J. J. C. 1953. The distribution of protein in the maize kernel in comparison with that of wheat. Cereal Chem. 30:441-445.

Hood, E. E., Shen, Q. X., and Varner, J. E. 1988. A developmentally regulated hydroxyproline-rich glycoprotein in maize pericarp cell walls. Plant Physiol. 87:138-142.

Horvatis, M., Gacic, M., and Filajdic, M. 1998. Accumulation of zinc and molar ratios of phytic acid during maize grain maturation. J. Agron. Crop Sci., 180:233-289.

Horvatis, M., Gacic, M., and Vedrina, I. 1999. Accumulation of iron, copper, manganese and nickel during maize grain maturation. J. Agron. Crop Sci. 182:99-103.

Huang, A. H. C. 1992. Oil bodies and oleosins in seeds. Annu. Rev. Plant Physol. Plant Mol. Biol. 43:177-200.

Hunter, J. L., Tekrony, D. M., Miles, D. F., and Egi, D. B. 1991. Corn seed maturity indicators and their relationship to uptake of carbon 14 assimilate. Crop Sci. 31:1309-1313.

Ingle, J., Bietz, D., and Hageman, R. H. 1965. Changes in composition during development and maturation of maize seeds. Plant Physiol. 40:832-835.

Keener, H. M., Henry, J. E., Schonauer, S. L., and Anderson, R. J. 1985. Burning shelled corn as an alternative fuel source. Ohio Report, July-Aug., pp. 60-62.

Khoo, U., and Wolf, M. J. 1970. Origin and development of protein granules in maize development. Am. J. Bot. 57:1042-1050.

Kiesselbach, T. A. 1949. The structure and reproduction in corn. Neb. Agric. Exp. Stn. Res. Bull. 161:3-96.

Kiesselbach, T. A., and Walker, E. R. 1952. Structure of specialized tissues in the kernels of corn. Am. J. Bot. 39:717-725.

Kirlies, A. W., and Stroshine, R. L. 1990. Effects of hardness and drying air temperature on breakage susceptibility and dry milling characteristics of yellow dent corn. Cereal Chem. 67:523-528.

Kirlies, A. W., Crosby, K. D., and Housley, T. L. 1984. A method for quantitatively measuring vitreous endosperm area in sectioned sorghum grain. Cereal Chem. 61:556-558.

NZUSW-P A00002260

104 / *Corn: Chemistry and Technology, 2nd ed.*

Knowles, R. V., and Phillips, R. L. 1988. Endosperm development in maize. Intl. Rev. Cytol. 112: 97-137.

Kyle, D. J., and Styles, E. D. 1977. Development of aleurone and sub-aleurone cells in maize. Planta 137:185-193.

Lambert, R. J. 2001. High oil hybrids. Pages 131-154 in: Specialty Corns, 2nd ed. A. R. Hallauer, Ed. CRC Press, Boca Raton, FL.

Lambert, R. J., Alexander, G. E., and Han, Z. J. 1998. A high oil pollinator enhancement of kernel oil and effects on grain yields of maize hybrids. Agron. J. 90:211-215.

Larkins, B. A., and Herkman. 1978. Synthesis and deposition of zein in protein bodies of maize endosperm. Plant Physiol. 62:256-263.

Larkins, B. A., Dannenhoffer, J. M., Bostwick, D. E., Ora, E., Moro, G. A., and Lopes, M. A. 1994. Pages 144-148 in: Quality Protein Maize: 1964-1994. Proc. Intl. Symp. on Quality Protein Maize. (Privately published; available from B. A. Larkins, Dept. of Plant Sci., Univ. of Arizona, Tucson, or B. R. Hamaker, Dept. of Food Sci., Purdue Univ., West Lafayette, IN.)

Lee, K., Ratnayake, C., and Huang, A. H. C. 1995. Genetic dissection of the co-expression of genes encoding the two isoforms of oleosins in the oil bodies of the maize kernel. Plant J. 7:603-611.

Lending, C. R., and Larkins, B. A. 1989. Changes in zein composition of protein bodies during maize endosperm development. Plant Cell 1:1011-1023.

Lin, Y., Weimer, L. T., and Huang, H. C. 1983. Lipases in oil bodies of corn scutella during seedling growth. Plant Physiol. 73: 460-463.

Logan, D. C., Millar, A. H., Sweetlove, L. J., Hill, S. A., and Leaver, C. J. 2001. Mitochondrial biogenesis during germination of maize embryos. Plant Physiol. 125:662-672.

McCleary, B. V., and Prosky, L., Eds. 2001. Advanced Dietary Fibre Technology. Blackwell Science, Ltd., Oxford.

McDaniel, E. G., and Hundley, J. M. 1958. Alkali treated corn and niacin deficiency. (Abstr.) Proc. Am. Soc. Exp. Biol. 17:1879.

Mertz, E. T., Bates, L. S., and Nelson, O. E. 1964. Mutant gene that changes the protein composition and increases the lysine content of maize endosperm. Science 145:279-280.

Miller, D. F. 1958. Composition of cereal grains and forages. Publ. 585. Natl. Acad. Sci., Washington, DC.

Montgomery, L., and Smith, F. 1957. Structure of corn hull hemicelluloses IV, partial hydrolysis and identification of 3-O-α-D-xylopyranosyl-L-arabinose and 4-O-β-D-galactopyranosyl-β-D-xylose. J. Am. Chem. Soc. 716-720.

Napier, J. A., Stobart, A. K., and Shewry, P. R. 1996. The structure and biogenesis of plant oil bodies: The role of ER membranes and oleosin class proteins. Plant Mol. Biol. 31:945-956.

NAS. 1969. United States-Canadian Tables of Feed Composition. National Academy of Science, Washington, DC.

NAS. 1982. US-Canadian Tables of Feed Composition, 3rd ed. National Academy Press, Washington, DC.

Nelson, S. O. 1980. Moisture-dependent kernel- and bulk density for wheat and corn. Trans. ASAE 23:139-143.

Nelson, O. E., and Chang, M. T. 1974, Effects of multiple aleurone layers on amino acid contents of maize endosperm. Crop Sci. 14:374-376.

Nyman, M., Siljeatrom, M., Pedersen, B., Bach-Knudsen, K. E., Asp, N.-G. Johansson, S.-G., and Eggum, B. O. 1984. Dietary fiber content and composition of six cereals at six extraction rates. Cereal Chem. 61:14-19.

O'Dell, B. L., De Boland, A. R., and Koirtyohann, S. R. 1972. Distribution of phytate and nutritionally important elements among morphological components of cereal grains. J. Agric. Food Chem. 20:718-721.

Olsen, O.-A., Potter, R. H., and Kalla, R. 1992. Histo-differentiation and molecular biology of developing cereal endosperm. Seed Sci. Res. 2:117-131.

Olson, R. A., and Sander, D. H. 1988. Corn Production. Pages 665-668 in: Corn and Corn Improvement, 3rd ed. G. F. Sprague and J. W. Dudley, Eds. American Society of Agronomy, Madison, WI.

Ortega, E. I., and Bates, L. S. 1983. Biochemical and agronomic studies of two modified hard-endosperm *opaque*-2 maize (*Zea mays* L.) populations. Cereal Chem. 60:107-111.

Osborne, T. B. 1897. The amount and properties of the proteids of the maize kernel. J. Am. Chem. Soc. 19:525-532.

Oxley, T. A. 1944. The properties of grain in bulk. J. Soc. Chem. Ind. 6:53.

Patrias, G., and Olson, O. E. 1969. Selenium contents of samples of corn from Midwestern states: Feedstuffs, Oct. 25, pp. 32-33.

Paulis, J. W., and Wall, J. S.1971. Fractionation and properties of alkylated-reduced corn glutelin proteins. J. Agric. Food Chem. 23:265-270.

Pierre, W. H., Dumenil, L., Jolley, V. D., Webb, J. R., and Shrader, W. D. 1977. Relationships between corn yield, expressed as percentage of maximum, and the N percentage in the grain. 1. Various N-rate experiments. Agron. J. 69:215-220.

Pollner, W. G., Eberhard, D., Klein, D., and Dhillon, B. S. 1979. Genetic control of nitro-

NZ-USW-PA00002261

gen uptake and translocation in maize. Crop Sci. 19:82-86.

Pomeranz, Y., Czuchajowska, Z., Martin, C. R., and Lai, F. S. 1985. Determination of corn hardness by the Stenvert hardness tester. Cereal Chem. 62:108-112.

Pomeranz, Y., Czuchajowska, Z., and Lai, F. S. 1986a. Gross composition of coarse and fine fractions of small corn samples ground on the Stenvert hardness tester. Cereal Chem. 63:22-26.

Pomeranz, Y., Hall, G. E., Czuchajowska, Z., and Lai, F. S. 1986b. Test weight, hardness, and breakage susceptibility of yellow dent corn hybrids. Cereal Chem. 63:349-351.

Quackenbusch, F. W. 1963. Corn carotenoids: Effects of temperature and moisture on losses during storage. Cereal Chem. 40:266-269.

Quackenbush, F. W., Firch, J. G., Rabourn, W. J., Mcquistan, M., Petzold, E. N., and Kargl, T. E. 1961. Analysis of carotenoids in corn grain. Agric. Food Chem. 9:132-135.

Quackenbush, F. W., Firch, J. G., Brunson, A. M., and House, L. R. 1963. Carotenoid, oil and tocopherol content of corn inbreds. Cereal Chem. 40:250-259.

Randolf, L. F. 1936. Developments morphology of the caryopsis of maize. J. Agric. Res. 53:881-916.

Ratkovic, S., Denic, M., and Lahajnar, G. 1982. Kinetics of water imbibition by seed: Why normal and *opaque-2* maize kernels differ in their hydration properties. Period. Biol. 84:180-182.

Robutti, J. L., Hoseney, R. C., and Deyoe, C. W. 1974a. Modified *opaque-2* corn endosperms. I. Protein distribution and amino acid composition. Cereal Chem. 51:163-172.

Robutti, J. L., Hoseney, R. C., and Wassom, C. E. 1974b. Modified *opaque-2* corn endosperms. II. Structure viewed with a scanning electron microscope. Cereal Chem. 51:173-180.

Rongda, Q. U., Wang, S., Lin, Y., Vance, V. B., and Huang, H. C. 1986. Characteristics and biosynthesis of membrane proteins of oil bodies in the scutella of maize (*Zea mays*, L.). Biochem. J. 235:57-65.

Sanders, E. H. 1961. Steeping studies with corn endosperm sections. Cereal Chem. 38:22-33.

Sandstead, H. H., Munoz, J. M., Jacob, R. A., Klevay, L. M., Reck, S. J., Logan, G. M., Jr., Dintzis, F. R., Inglett, G. E., and Shuey, W. C. 1978. Influence of dietary fiber on trace element balance. Am. J. Clin. Nutr. 31:1497-1503.

Saulnier, L., and Thibault, J.-F. 1999. Ferulic acid and diferulic acids as components of sugar beet pectins and maize bran heteroxylans. J. Sci. Food Agric. 79:396-402.

Saulnier, L., Marot, C., Chanliaud, E., and Thibault. J.-F. 1995. Call wall polysaccharide interactions in maize bran. Carbohydr. Polymers 26:2379-287.

Saulnier, L., Crepeau, M.-J. Lahaye, M., Thibault, J.-F., Garcia-Conesa, M. T., Kroon, P. A., and Williamson, G. 1999. Isolation and structural determination of two 5,5'-diferuloyl oligosaccharides indicate that maize heteroxylans are covalently cross-linked by oxidatively coupled ferulates. Carbohydr. Res. 320:82-92.

Saunders, R. M., Walker, H. G., Jr., and Kohler, G. O. 1969. Aleurone cells and the digestibility of wheat millfeeds. Poult. Sci. 48:1497-1503.

Schel, J. H. N., Keiftz, H., and Vanlammeren, A. A M. 1984. Interaction between embryo and endosperm during early development stages of maize caryopses. Can. J. Bot. 62:2842-2852.

Schneider, B. H., Lucas, H. L., and Beeson, K. C. 1953. Nutrient composition of corn in the United States. J. Agric. Food Chem. 1:172-177.

Schoch, T. J., and Maywald, E. C. 1956. Microscopic examination of modified starches. Anal. Chem. 28:382-387.

Seckinger, H. L., Wolf, M. J., and MacMasters, M. M. 1960. Hemicelluloses of the cementing layer and of some cell walls of the corn kernel. Cereal Chem. 37:121-128.

Serna-Salvidar, S. O., Gomez, M. H., and Rooney, L. W. 2001. Food uses of regular and specialty corns and their dry milled fractions. Pages 303-338 in: Specialty Corns, 2nd ed. A. R. Hallauer, Ed. CRC Press, Boca Raton, FL.

Slack, C. R., and Browse, J. A. 1984. Synthesis of storage lipids in developing seeds. Pages 236-237 in: Seed Physiology, Vol. 1. Development. D. R. Murray, Ed. Academic Press, New York.

Syarief, A. M., Gustafson, R. J., and Morey, R. V. 1984. Moisture diffusion coefficients for yellow-dent corn components. Paper 84-3551. Am. Soc. Agric. Eng., St. Joseph, MI.

Tan, S. L., and Morrison, W. R. 1979. Lipids in the germ, endosperm and pericarp of the developing maize kernel. J. Am. Oil Chem. Soc. 56:759-764.

Thompson, R. A., and Isaacs, G. W. 1967. Porosity determination of grains and seeds with an air comparison pycnometer. Trans. ASAE 10:693-696.

Tsai, C. Y., Salamini, F., and Nelson, O. E. 1970. Enzymes of carbohydrate metabolism in the developing endosperm of maize. Plant Physiol. 46:299-306.

Tzen, J. T. C., and Huang, H. C. 1992. Surface structures and properties of plant seed oil bodies. J. Cell Biol. 117:327-335.

NZUSW-P A00000226 2

106 / *Corn: Chemistry and Technology, 2nd ed.*

USDA 2002. Feed outlook. Online: www.ers. usda.gov (see Feed Outlook Reports). (Visited Dec. 12, 2002.)

USGC. 2001. 1999-2000 Value-Enhanced Grains Quality Report. U.S. Grains Council, Washington, DC.

USGC. 2002a. 2000-2001 Value Enhanced Grains Report. U.S. Grains Council, Washington, DC.

USGC. 2002b. Growing acceptance of biotechnology. U.S. Grains Council, Washington, DC.

Van Soest, P. J., and Wine, R. H. 1967. Use of detergents in analysis of fibrous foods: IV Determination of plant cell wall constituents. J. Assoc. Off. Agric. Chem. 50:50.

Van Soest, P. J., Fadel, J., and Sniffen, C. J. 1979. Discount factors for energy and protein in ruminant feeds. Pages 63-75 in: Proc. 1979 Cornell Nutrition Conf., Cornell Univ., Ithaca, NY.

Vanetten, C. H., Miller, R. W., Earle, F. R., Wolff, I. A., and Jones, Q. J. 1961. Hydroxyproline content of seed meals and distribution of the amino acid in kernel, seed coat, and pericarp. Agric. Food Chem. 9:433-435.

Vasal, S. K. 2001. High quality protein corn. Pages 85-130 in: Specialty Corns, 2nd ed. A. R. Hallauer, Ed. CRC Press, Boca Raton, FL.

Vyn, T. J., and Tollenaar, M. 1998. Changes in chemical and physical parameters of maize grain during three decades of yield improvement. Field Crops Res. 59:135-140.

Wall, J. S., Cooker, L. A., and Bietz, J. A. 1988. Structure and origin of maize alcohol-insoluble glutelin. J. Agric. Food Chem. 36:722-728

Wallace, H. A., and Brown, W. L. 1956. Corn and Its Early Fathers. Michigan State University, East Lansing, MI.

Wallace, J. C., Lopes, M. A., Palva, E. and Larkins, B. A. 1990. New method for extraction and quantification of zeins reveal a high content of γ-zein in modified *opaque-2* maize. Plant Physiol. 92: 191-196.

Watson, S. A. 1959. Corn hull gum. Pages 299-306 in: Industrial Gums. R. L. Whistler, Ed. Academic Press, New York.

Watson, S. A. 1962. Yellow carotenoid pigments of corn. Pages 92-100 in: Proc. Annu. Hybrid Corn Industry Res. Conf., 17th. Am. Seed Trade Assoc., Washington, DC.

Watson, S. A. 1987. Structure and composition. Page 76 in: Corn: Chemistry and Technology, 1st ed. S. A. Watson and P. E. Ramstad, Eds. American Association of Cereal Chemists, St. Paul, MN.

Watson, S. A., and Yahl, K. R. 1967. Comparison of wet-milling properties of *opaque-2* high-lysine corn and normal corn. Cereal Chem. 44:489-498.

Watson, S. A., Sanders, E. H., Wakely, R. D., and Williams, C. B. 1955. Peripheral cells of the endosperms of grain sorghum and corn and their influence on starch purification. Cereal Chem. 32:165-182.

Wolf, M. J., Buzan, C. L., MacMasters, M. M., and Rist, C. E. 1952a. Structure of the mature corn kernel. I. Gross anatomy and structural relationships. Cereal Chem. 29:321-333.

Wolf, M. J., Buzan, C. L., MacMasters, M. M., and Rist, C. E. 1952b. Structure of the mature corn kernel. II. Microscopic structure of pericarp, seed coat, and hilar layer of dent corn. Cereal Chem. 29:334-348.

Wolf, M. J., Buzan, C. L., MacMasters, M. M., and Rist, C. E. 1952c. Structure of the mature corn kernel. III. Microscopic structure of the endosperm of dent corn. Cereal Chem. 29:349-361.

Wolf, M. J., Buzan, C. L., MacMasters, M. M., and Rist, C. E. 1952d. Structure of the mature corn kernel. IV. Microscopic structure of the germ of dent corn. Cereal Chem. 29:362-382.

Wolf, M. J., MacMasters, M. M., Cannon, J. A., Rosewall, E. C., and Rist, C. E. 1953. Preparation and some properties of hemicelluloses from corn hulls. Cereal Chem. 30:451-470.

Wolf, M. J., MacMasters, M. M., and Seckinger, H. L. 1958. Composition of the cementing layer and adjacent tissues as related to germ-endosperm separation in corn. Cereal Chem. 35:127-136.

Wolf, M. J., Khoo, U., and Seckinger, H. L. 1969. Distribution and subcellular structure of endosperm protein in varieties of ordinary and high-lysine maize. Cereal Chem. 46-253:263.

Wolf, M. J., Cutler, H. C., Zuber, M. S., and Khoo, U. 1972. Maize with multilayer aleurone of high protein content. Crop Sci. 12:440-442.

Wych, R. D. 1988. Production of hybrid seed corn. Pages 565-608 in: Corn and Corn Improvement, G. F. Sprague and J. W. Dudley, Eds. American Society of Agronomy, Madison, WI.

Yatsu, L. Y., and Jacks, T. J. 1972. Spherosomes membranes. Half-unit membranes. Plant Physiol. 49:937-943.

Yatsu, L. Y., Jacks, T. L., and Hensarling, T. P. 1971. Isolation of spherosomes (oleosomes) from onion, cabbage and cottonseed tissues. Plant Physiol. 48:675-682.

Zuber, M. S., Wolf, M. J., Hildebrand, E. S., and Cull, I. 1974. Inheritance of hilar layer coloring in white corn (*Zea mays*, L.). Crop Sci. 14:199-200.

NZ-USW-PA00002263