HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

U.S. Water Services, Inc., and
Roy Johnson

                         Plaintiffs,

      v.

Novozymes A/S, and
Novozymes North America, Inc.,

                        Defendants.

Case No. 13-cv-864-bbc

**Supplemental Expert Report of Richard F. Bero, CPA, CVA**
**June 30, 2015**

*The BERO Group*

HIGHLY CONFIDENTIAL


TABLE OF CONTENTS

I.      Introduction...........................................................................................................1

        A.      Assignment ............................................................................................1

        B.      Basis for opinions ..................................................................................1

        C.      Trial........................................................................................................2

        D.      Expert experience and compensation....................................................3

        E.      Basic damages assumptions...................................................................3

II.     Novozymes' Phytaflow – updated costs and profits.........................................3

III.     ███  sales and profitability data confirms the upward effect on the starting point
        royalty rate range of $5.00 to $10.00 per pound..............................................4

IV.     Three ███ Novozymes agreements with ███ .......................................5

        A.      ████████████████████ .........................6

        B.      ██████████████ ..................................................7

        C.      ██████████████ ...........................................8

        D.      ███ Novozyme agreements have no effect on my analysis ..................8

V.      Novozymes and Genencor 2007 Judgment – no effect on my analysis ..........10

VI.     Royalty base .....................................................................................................12

VII.    pHytOUT ███ costs ...................................................................................12

VIII.   My opinion continues to be that a reasonable royalty is $8.00 per pound........12

IX.     Conclusion .......................................................................................................13

*The BERO Group*

## I.      Introduction

### A.      Assignment

I have previously submitted an Expert Report dated April 1, 2015 (the "Bero Report") in this matter in which I provided expert opinions on damages issues on behalf of the Plaintiffs in relation to *U.S. Water Services, Inc. and Roy Johnson v. Novozymes A/S and Novozymes North America, Inc.*, Case No. 13-cv-864-bbc.  The Bero Report dated April 1, 2015 is incorporated herein and my opinions remain unchanged.

U.S. Water Services, Inc. and Roy Johnson (collectively, "U.S. Water") have alleged that Novozymes A/S and Novozymes North America, Inc. (collectively, "Novozymes") infringe United States Patent No. 8,415,137 (the "'137 patent"), issued on April 9, 2013, titled "Preventing Phytate Salt Deposition in Polar Solvent Systems" and/or United States Patent No. 8,609,399 (the "'399 patent"), issued on December 17, 2013, titled "Reducing Insoluble Deposit Formation in Ethanol Production" (collectively, "the U.S. Water patents" or "the Patents-in-Suit").[1]

### B.      Basis for opinions

The basis for my opinions on damages issues related to the '137 patent and the '399 patent are set forth in the Bero Report.  In addition, I have now analyzed and considered additional information made available subsequent to the issuance of the Bero Report, including:

- ███████████████████████
  ████████████████████████████

- Rebuttal Expert Report and Disclosure of Julie L. Davis dated May 1, 2015 (the "Davis Report");

- Supplemental Rebuttal Expert Report and Disclosure of Julie L. Davis dated June 11, 2015 (the "Supplemental Davis Report");

- Rough draft deposition of Julie Davis date June 16, 2015;

- Three ████ Novozymes agreements with ████████

---

[1] First Am. Compl.



- Post-Trial Findings of Fact and Conclusions of Law dated February 16, 2007, in *Novozymes A/S v. Genencor International, Inc. and Enzyme Development Corporation* 05-160-KAJ (D. Del.) (the "Novozymes and Genencor 2007 Judgment");

- Additional documents provided since April 1, 2015; and

- Additional depositions taken and declarations provided since April 1, 2015.

As a result of this new information, I have been asked to supplement the Bero Report. I have enclosed a complete set of updated schedules to incorporate the information above, and, in some cases, clarify information on previously issued schedules.[2]

A detailed list of data and other information I have considered at this time in developing my opinions is included as **Supplemental Attachment 1**. In the event that additional relevant information becomes available after the issuance of this Supplemental Report, I will incorporate such information as necessary. I also may incorporate additional information in response to any expert report or opinions proffered on behalf of Novozymes.

**C.     Trial**

In preparing for trial, I may prepare demonstrative exhibits based upon information included in the Bero Report, this report or additional information that becomes available hereafter.

---

[2] **Schedule 11.0** and **Schedules 12.0 - 12.6** are new and reflect the ████ sales information. I have made other minor changes / and clarified the wording on various other schedules and have added **Schedule 6.7**. None of these changes affect my opinions.

### D. Expert experience and compensation

My experience and qualifications are set forth in the Bero Report. My curriculum vitae, including a list of my testimonial experience in the last four years and publications in the last ten years, is included as **Supplemental Attachment 2**.

Compensation to The BERO Group for professional services provided in preparing this report is based on our customary hourly fees as set forth in the Bero Report.

### E. Basic damages assumptions

My basic damages assumptions are included in the Bero Report.[3]

## II. Novozymes' Phytaflow – updated costs and profits

The Supplemental Davis Report describes a conversation Ms. Davis had with ██████ ████████████████████████████████████████████████ regarding cost data related to sales of Phytaflow as follows:[4]

████████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████

At the time of the Bero Report, such descriptions of ████████████████████████ ██████████ were not available and I assumed ████████████████████████████████████.[5] As a result, the total Phytaflow costs and costs per pound included in the Bero Report were overstated, and the associated Phytaflow profits were understated.

I have accounted for this new information and have updated **Schedules 5.0-5.3**. As shown on updated **Schedule 5.0**, Novozymes' Phytaflow profit increased to ████████████ ████████████████████ at the time of the hypothetical negotiation, as stated in the Bero Report.[6]

---

[3] Bero Report 3-4.
[4] Supplemental Davis Report 1.
[5] **Schedules 5.0-5.3**.
[6] Bero Report **Schedule 5.0**.

**III.** ██████ **sales and profitability data confirms the upward effect on the starting point royalty rate range of $5.00 to $10.00 per pound**

In the Bero Report, I noted that Novozymes' ██████ product ████████████ ████████████████████████████████.[7] ██████████████████████ ████████████████████████████████████████████████████ ████████████████.[8]

In addressing *Georgia-Pacific* Factor #6, which considers "*the effect of selling the patented specialty in promoting sales of other products of the licensee,*" I noted that Novozymes had adopted the use of Phytaflow ████████████████████████████, and that ██████ sales would have presented Novozymes with an opportunity to factor those ~~REDAC~~ sales and profits into Phytaflow pricing.[9]  I treated *Georgia-Pacific* Factor #6 as suggesting an upward effect on the starting point royalty rate range of $5.00 to $10.00 per Phytaflow pound.[10]

At the time of the Bero Report, Novozymes had not produced its ██████ sales, costs, profits or customers.[11]  Since the issuance of the Bero Report, Novozymes has provided this information, which I have summarized on **Schedules 11.0** and **12.0-12.6**.  The ██████ sales and profits data further confirm the upward effect of *Georgia-Pacific* Factor #6 relative to the starting point royalty rate range.

For example, analysis of the ██████ data in conjunction with the Phytaflow and pHytOUT data highlights that most ████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████:[12]

- ████████████████████████████████████ ████████████████████████

- ████████████████████████████████ ████████████████████████████████ ████████

---

[7] Bero Report 17-19; 31-32.
[8] Bero Report 17-19; 31-32.
[9] Bero Report 32.
[10] Bero Report 31-32.
[11] Bero Report 32.
[12] **Schedule 12.0**.  Note all ██████ sales, costs and profits data is presented on **Schedules 11.0** and **12.0-12.6**.

- ██████████████████████████████████████
  ████████████████████████████.[13]

- ████████████████████████████████
  ██████████████████████████████████████
  ████

- ██████████████████████████████████████
  █████████████████████

- ████████████████████████████████
  ██████████████████████████████████████
  ███████████████████████

I also addressed ████████ in *Georgia-Pacific* Factor #11 in the Bero Report which considers "*The extent to which the infringer has made use of the invention and any evidence probative of the value of that use.*"[14] While I noted that to the extent Novozymes had used sales and/or profitability of Phytaflow to derive value from ████████, this factor would suggest an upward effect on the low end of the starting point royalty rate range.[15] Overall, I treated this factor as neutral.[16] Given the ██████████████ sales and profit data as addressed above, ████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ *Georgia-Pacific* Factor #11 suggests an upward effect on the starting point royalty rate range.

## IV. Three ████ Novozymes agreements with ██████████

As explained in the Bero Report, one of the quantitative considerations of a reasonable royalty analysis could be the market approach,[17] and the market approach considers comparable licenses and royalty rates. In my analysis of *Georgia-Pacific* Factor #2, I stated:[18]

> I am not aware of any comparable license agreements where Novozymes is the licensee. This factor has **<u>no effect</u>** on the starting point royalty rate range.

---

[13] **Schedule 12.0**.
[14] Bero Report 35.
[15] Bero Report 35.
[16] Bero Report 35.
[17] Bero Report 21-22.
[18] Bero Report 30.

Since the issuance of the Bero Report, Novozymes has produced three ██████ Novozyme agreements with ████████. The Davis Report addresses two of the three ████ agreements in its section titled "customary rates in the industry."[19] ████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████

**A.** ████████████████████████ **Agreement**

████████████████████████████████████████████████████████████████

██████████████████████████ ██████████████████████████████████████

████████████████████.[21] The Davis Report addresses this agreement under a section titled "customary rates in the industry."[22] Of the two agreements it addresses, the Davis Report suggests that ████████████████████████████████████

██████████████████████████.[23] ████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████ ██ ██████████████████████████████

██████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████ ██

██████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████████ ██ ██████████████████████

████████████████████████████████████████████████████████

---

[19] Davis Report 23-26.
[20] ████████████████████████████████████.
[21] ████████████████████████████████████████████.
[22] Davis Report 23.
[23] Davis Report 44.
[24] ████████████████████████████████████.
[25] ████████████████████████████████████.
[26] ████████████████████████████████████████████████.
[27] ████████████████████████████████████.



**B.** ███████████████████ **Agreement**

██████████████ [31]  This is the second agreement that the Davis Report addresses under the section titled "customary rates in the industry." ███████████████████

████████████████████████

████████████████████████

██████████████████████ ██████████████

███████████████ ████████████████

██████████████████████ [34]

---

28 ████████████████████
29 ██████████████████
30 ███████
31 ████████████████████.
32 ████████████████████.
33 ████████████████████
34 ████████████████████.

**C.** ██████████████████████ **Agreement**

████████████████████████████████████████████████████

██████████ ██████████████████████████████████████████████

██████████████ .[36] The Davis Report does not address this Agreement. ████████████

████████████████████████████████████████████████████

████████████████████ :[37]

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████

████████████████

**D.** ████████ **Novozyme agreements have no effect on my analysis**

At this point, I understand that the information provided relative to the three ████████ Novozymes agreements has been limited to the agreements themselves and the deposition testimony of Ms. Davis, Novozymes damages expert. I understand that U.S. Water has asked for further testimony from Novozymes personnel, however, that has not yet been provided.[38]

The three ████████ agreements are not relevant to the April 2013 hypothetical negotiation between U.S. Water and Novozymes for the '137 patent and/or '399 patent. ████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████

- ████████████████████████████████████████████████
- ██████████████████████████████████████ .

---

[35] ████████████████████████████████████

[36] ██████████████████████████████████████ .

[37] ██████████████████████████████████████

[38] Discussions with counsel.







## V. Novozymes and Genencor 2007 Judgment – no effect on my analysis

Judge Kent Jordan's ruling dated February 16, 2007 in the *Novozymes A/S v. Genencor International, Inc. and Enzyme Development Corporation* litigation ("2007 Judgment") is referred to by the Davis Report as a relevant factor considered in the hypothetical negotiation. The Davis Report used this 2007 Judgment to provide its high end of the starting point range of royalty rates (20%).[49]  The Judgment is also addressed in the Davis Report's discussion of "customary rates in the industry" section.[50]  According to the 2007 Judgment, Novozymes sued Genencor International, Inc. alleging infringement of its '031 patent.[51]  The '031 patent related to variant alpha-amylase enzymes used in the production of fuel ethanol.[52]  Judge Jordan concluded that a reasonable royalty was 20% of sales for products in the U.S. fuel ethanol market and 8% for other markets.[53]

---



[49] Davis Report 25, 44.
[50] Davis Report 25.
[51] Post-Trial Findings of Fact and Conclusions of Law 1, 6.
[52] Post-Trial Findings of Fact and Conclusions of Law 1.  *See also*, DAVIS00000156 and Davis Report 25.
[53] Post-Trial Findings of Fact and Conclusions of Law 21.

In 1999, Novozymes began the manufacture and sale of its Liquozyme Products which eventually accounted for more than 80% of the dry mill fuel ethanol market.[54]  However, I understand that none of Novozymes' Liquozyme alpha amylase products practiced the '031 patent.[55]  In early 2002, Genencor acquired Enzyme BioSystems Limited ("EBS").[56]  EBS developed and, beginning in 2004, started selling a competing and infringing alpha amylase under the brand name Spezyme Ethyl which had similar benefits as Liquozyme.[57]

On August 24, 2006, Judge Jordan issued a Findings of Fact and Conclusions of Law in which he concluded that Genencor infringed certain claims of the '031 patent.[58]  Of the 29 Spezyme Ethyl customers that Genencor had in 2006, 22 of them either switched or agreed to switch to other Genencor products.[59]

This suggests that the infringer, Genencor, had a replacement product available and acceptable to most of its customers.  There apparently also were other replacement products acceptable and available on the market since Novozymes' own alpha amylase products did not use the '031 patent.[60]  No such acceptable replacement product for Phytaflow was available to Novozymes in the hypothetical negotiation at hand.

Novozymes' damages expert, Ms. Julie Davis, testified to a 25% royalty of Spezyme Ethyl sales to the fuel ethanol market and an 8% royalty on other Spezyme sales, those outside of the fuel ethanol market.[61]  Ms. Davis approached the hypothetical negotiation through two different analyses.  First, she applied a method that she called the "rule of thumb."[62]  Second, Ms. Davis applied a method that she called the 'analytical method.'[63]  According to the analytical method, the parties would compare the expected profit margin of the infringing product to the typical profit margin for the relevant business.[64]  At a minimum, the 2007 Judgment differs from the hypothetical negotiation as it involves different technology and the licensee had a

---

[54] Post-Trial Findings of Fact and Conclusions of Law 7-8.
[55] Post-Trial Findings of Fact and Conclusions of Law 7.  *See also*, DAVIS00000156.
[56] Post-Trial Findings of Fact and Conclusions of Law 8.
[57] Post-Trial Findings of Fact and Conclusions of Law 9.
[58] Post-Trial Findings of Fact and Conclusions of Law 13.
[59] Post-Trial Findings of Fact and Conclusions of Law 13.  Of the seven remaining customers, three switched to Liquozyme and four were testing products from sources other than Genencor.
[60] Post-Trial Findings of Fact and Conclusions of Law 7.  *See also*, DAVIS00000156.
[61] Post-Trial Findings of Fact and Conclusions of Law 12, 24.
[62] Post-Trial Findings of Fact and Conclusions of Law 23.
[63] Post-Trial Findings of Fact and Conclusions of Law 23.
[64] Post-Trial Findings of Fact and Conclusions of Law 24.

demonstrated replacement product available and acceptable to most of its customers.  The 2007 Judgment is not relevant to the hypothetical negotiation at hand and does not affect my analysis. In the event the 2007 Judgment was considered relevant to the matter at hand, Novozymes damages expert, Ms. Davis, used the analytical method, which was also used in the Bero Report as a quantitative consideration under the income approach and which suggests a value of more than $8.00 per pound in the hypothetical negotiation.[65]

## VI.     Royalty base

I understand that there are legal disputes over whether allegedly infringing sales should or should not be included in the royalty base due to issues related to direct versus indirect infringement as well as ███████████████[66]  I understand that these disputes effect whether Phytaflow sales to customers or plants should or should not be included in the royalty base. Depending on the outcome of their legal disputes, I may be asked to include or exclude allegedly infringing sales as appropriate.

## VII.    pHytOUT ████ costs

I have updated my summary of the pHytOUT costs and profits ██████████████████
████████.  The effect on costs and profitability is minimal.  ██████████████████



.[67]

## VIII.   My opinion continues to be that a reasonable royalty is $8.00 per pound

In the Bero Report, I described the $5.00 to $10.00 per Phytaflow pound starting point royalty rate range in detail.[68]  The supplemental data and analysis contained herein further confirm the $5.00 to $10.00 per pound starting point royalty rate range.[69]

---

[65] Bero Report 26-27.
[66] Davis Report 52; discussion with counsel.
[67] **Schedule 6.0**; Bero Report **Schedule 6.0**.
[68] Bero Report 21-29; Bero Report **Schedule 2.0**.
[69] **Schedule 2.0**.

With that starting point royalty rate range, I addressed the various additional relevant hypothetical negotiation considerations in the Bero Report throughout the discussion of the *Georgia-Pacific* Factors.[70] Under *Georgia-Pacific* Factors #14 and #15, as well as my Opinion section, I highlighted and summarized key considerations the parties would have reasonably been aware of at the time of the April 2013 hypothetical negotiation, and I concluded that a reasonable royalty rate is $8.00 per pound.[71] The supplemental data and analysis contained herein further confirm a reasonable royalty rate of $8.00 per pound.

## IX.    Conclusion

My opinions and analyses contained herein are based upon information that is presently known to me. If additional information is made available, I may update my opinions and analyses accordingly. At this point, I have quantified damages through December 31, 2014. I may be asked to provide updated calculations or interest calculations as appropriate, and I will update damages upon receipt of additional allegedly infringing sales or additional relevant information accordingly. Also, to the extent that I am asked to provide a post-judgment royalty analysis, I will do so accordingly. I also note that these damages included in my analysis do not contain any potential residual ongoing future damages resulting Novozymes' alleged infringement with its significantly lower prices.

Respectfully submitted,

Richard F. Bero, CPA, CVA
June 30, 2015

---

[70] Bero Report 29-37.
[71] Bero Report 36-39.

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

## DATA AND OTHER INFORMATION CONSIDERED - AS OF THE APRIL 1, 2015 BERO RERPORT:

### LEGAL FILINGS:

First Amended Complaint dated February 20, 2014

Memorandum in Support of Novozymes' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and to Stay Discovery dated February 26, 2014

Preliminary Pretrial Conference Order dated March 4, 2014

Plaintiffs' Opposition to Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and Opposition to Defendants' Motion to Stay Discovery dated March 19, 2014

Reply Memorandum in Support of Novozymes' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and to Stay Discovery dated March 31, 2014

Opinion and Order dated June 11, 2014

Plaintiffs' Answer to Defendants' Counterclaims to Plaintiffs' First Amended Complaint dated July 16, 2014

Stipulated Protective Order dated July 24, 2014

Exhibit A signed by Richard Bero dated November 19, 2014

Defendants Novozymes A/S and Novozymes North America, Inc.'s Amended Answer and Counterclaims to U.S. Water Services, Inc. and Roy Johnson's First Amended Complaint dated November 10, 2014

Defendants Novozymes A/S and Novozymes North America, Inc.'s Amended Answer and Counterclaims to U.S. Water Services, Inc. and Roy Johnson's First Amended Complaint dated November 14, 2014

Plaintiffs' Answer to Defendants' Amended Answer and Counterclaims to Plaintiffs' First Amended Complaint dated December 1, 2014

### INTERROGATORIES:

Objections and Responses to Novozymes' Third Set of Interrogatories (No. 17) ) to U.S Water Services, Inc.dated November 3, 2014

Second Supplemental and Amended Objections and Responses to Novozymes' Second Set of Interrogatories (nos. 15-16) to U.S Water Services, Inc. dated November 14, 2014

Fourth Supplemental Objections and Responses to Novozymes' First Set of Interrogatories (Nos. 1-14) to U.S Water Services, Inc. dated November 18, 2014

Novozymes' Third Supplemental Responses to Plaintiffs First Set of Interrogatories dated November 14, 2014

Novozymes' First Supplemental Responses to Plaintiffs Second Set of Interrogatories (Nos. 12-15) dated November 14, 2014

Novozymes' First Supplemental Responses to Plaintiffs Third Set of Interrogatories (Nos. 16-18) dated November 14, 2014

Novozymes' First Supplemental Responses to Plaintiffs Fourth Set of Interrogatories (Nos. 19-21) dated November14, 2014

### U.S. PATENTS AT ISSUE:

United States Patent - Patent No. US 8,415,137 B2 - Preventing Phytate Salt Deposition in Polar Solvent System issued on April 9, 2013

United States Patent - Patent No. US 8,609,399 - Reducing Insoluble Deposit Formation in Ethanol Production issued on December 17, 2013

### EXPERT REPORTS:

Expert Report of Scott D. Kohl Regarding Invalidity of the Patents-In-Suit dated November 18, 2014

Expert Report of Eric Dorn Regarding Infringement dated November 18, 2014

Corrected Expert Report of Rodney Simms Regarding Validity dated December 18, 2014

## Data and Other Information Considered - as of June 30, 2015
## Supplemental Attachment 1

**DEPOSITIONS:**



**DISCUSSIONS:**

**U.S. WATER SERVICES DOCUMENTS WITH BATES STAMPS:**

USW-N00000176
USW-N00049963 - 00049974
USW-N00005552 - 00005566
USW-N00005568 - 00005579
USW-N00005581 - 00005593

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

USW-N00005595 - 00005607
USW-N00005609 - 00005620
USW-N00005622 - 00005634
USW-N00005636 - 00005648
USW-N00049975 - 00049986
USW-N00055347 - 00055395
USW-N00055409 - 00055421
USW-N00056530-001
USW-N00110519
USW-N00110842
USW-N00110873
USW-N00110930 - 00110940

## NOVOZYMES DOCUMENTS WITH BATES STAMPS:

NZ-USW00000059
NZ-USW00000106 - 00000126
NZ-USW00000184
NZ-USW00000210
NZ-USW00000219
NZ-USW00001034 - 00001036
NZ-USW00001095 - 00001098
NZ-USW00003348
NZ-USW00003405 - 00003482
NZ-USW00005826
NZ-USW00005853
NZ-USW00005970
NZ-USW00005973
NZ-USW00006025
NZ-USW00006031
NZ-USW00006163
NZ-USW00006169
NZ-USW00006176
NZ-USW00006183
NZ-USW00006248
NZ-USW00006250
NZ-USW00006263
NZ-USW00006276
NZ-USW00006304 - 00006314

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00006337
NZ-USW00006375
NZ-USW00008317
NZ-USW00008498 - 00008500
NZ-USW00008738 - 00008740
NZ-USW00008975
NZ-USW00008985
NZ-USW00009133 - 00009134
NZ-USW00009390 - 00009391
NZ-USW00009400 - 00009404
NZ-USW00009441
NZ-USW00009488 - 00009492
NZ-USW00009639
NZ-USW00009729
NZ-USW00009731
NZ-USW00009735
NZ-USW00009787
NZ-USW00011554 - 00011557
NZ-USW00011567 - 00011569
NZ-USW00011576 - 00011578
NZ-USW00011754 - 00011761
NZ-USW00011822
NZ-USW00011874
NZ-USW00011877
NZ-USW00012038 – 00012044
NZ-USW00012038 - 00012059
NZ-USW00012045 - 00012059
NZ-USW00012118 - 00012132
NZ-USW00012134 - 00012141
NZ-USW00012143 - 00012152
NZ-USW00012154 - 00012161
NZ-USW00012163 - 00012175
NZ-USW00012530 - 00012576
NZ-USW00012642
NZ-USW00012689
NZ-USW00012692
NZ-USW00012788 - 00012789
NZ-USW00013028 - 00013030

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00013624
NZ-USW00013803 - 00013804
NZ-USW00013818
NZ-USW00013821 - 00013823
NZ-USW00013838
NZ-USW00013846
NZ-USW00013859 - 00013861
NZ-USW00013863 - 00013867
NZ-USW00013886
NZ-USW00013930
NZ-USW00013938 - 00013939
NZ-USW00013955
NZ-USW00013965 - 00013969
NZ-USW00013984
NZ-USW00014040 - 00014041
NZ-USW00014047 - 00014049
NZ-USW00014071 - 00014072
NZ-USW00014074 - 00014075
NZ-USW00014119
NZ-USW00014151 - 00014153
NZ-USW00014162 - 00014164
NZ-USW00014196 - 00014198
NZ-USW00014206
NZ-USW00014213
NZ-USW00014215
NZ-USW00014217 - 00014219
NZ-USW00014231 - 00014238
NZ-USW00014246 - 00014268
NZ-USW00014335 - 00014566
NZ-USW00015620 - 00015645
NZ-USW00015760 - 00015771
NZ-USW00017344 - 00017355
NZ-USW00017448 - 00017449
NZ-USW00017478 - 00017485
NZ-USW00017828 - 00017829
NZ-USW00017832 - 00017862
NZ-USW00017877 - 00017880
NZ-USW00017940 - 00017955

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00017972 - 00017973
NZ-USW00018098 - 00018099
NZ-USW00018132 - 00018134
NZ-USW00018251 - 00018254
NZ-USW00018429 - 00018430
NZ-USW00018589 - 00018591
NZ-USW00018648 - 00018650
NZ-USW00018781 - 00018783
NZ-USW00018799 - 00018801
NZ-USW00018815
NZ-USW00018992
NZ-USW00019066 - 00019068
NZ-USW00019116 - 00019117
NZ-USW00019154 - 00019155
NZ-USW00019165 - 00019169
NZ-USW00019188 - 00019191
NZ-USW00019468 - 00019472
NZ-USW00019635 - 00019636
NZ-USW00019643 - 00019644
NZ-USW00020426
NZ-USW00020607 - 00020614
NZ-USW00020720 - 00020721
NZ-USW00020807 - 00020812
NZ-USW00021041
NZ-USW00021140 - 00021148
NZ-USW00021150
NZ-USW00021188 - 00021197
NZ-USW00021223 – 00021239
NZ-USW00021266 – 00021282
NZ-USW00021284 - 00021285
NZ-USW00021290 - 00021291
NZ-USW00021351 – 00021388
NZ-USW00021394 - 00021395
NZ-USW00021510 - 00021517
NZ-USW00021536
NZ-USW00021572 – 00021590
NZ-USW00021865 - 00021907
NZ-USW00021909 - 00021910

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00021939 - 00021941
NZ-USW00022079 - 00022083
NZ-USW00022233
NZ-USW00022470
NZ-USW00022476
NZ-USW00022482
NZ-USW00022536 - 00022538
NZ-USW00022549
NZ-USW00022719 - 00022726
NZ-USW00022807 - 00022812
NZ-USW00023330 - 0002333
NZ-USW00023491 - 00023495
NZ-USW00023508 - 00023512
NZ-USW00023706 - 00023708
NZ-USW00024121 - 00024133
NZ-USW00024135
NZ-USW00024149
NZ-USW00024154
NZ-USW00024156 - 00024158
NZ-USW00024160 - 00024163
NZ-USW00024255 - 00024327
NZ-USW00024383
NZ-USW00024498 - 00024518
NZ-USW00024574
NZ-USW00024662
NZ-USW00024886
NZ-USW00024891
NZ-USW00024950 - 00024951
NZ-USW00025054 - 00025056
NZ-USW00025058 - 00025059
NZ-USW00025061 - 00025062
NZ-USW00025156
NZ-USW00025183
NZ-USW00025213
NZ-USW00025948
NZ-USW00025951
NZ-USW00025964
NZ-USW00025985 – 00025986

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00026141 - 00026142
NZ-USW00026227
NZ-USW00026241
NZ-USW00026241 - 00026243
NZ-USW00026271
NZ-USW00026289 - 00026290
NZ-USW00026292
NZ-USW00026294 - 00026296
NZ-USW00026306
NZ-USW00026318
NZ-USW00026330
NZ-USW00026343
NZ-USW00026355
NZ-USW00026368
NZ-USW00026370
NZ-USW00026372 - 00026375
NZ-USW00026377
NZ-USW00026379
NZ-USW00026384
NZ-USW00026386 - 00026391
NZ-USW00026393 - 00026399
NZ-USW00026401 - 00026403
NZ-USW00026405
NZ-USW00026409 - 00026411
NZ-USW00026413 - 00026414
NZ-USW00026416 - 00026417
NZ-USW00026420
NZ-USW00026424
NZ-USW00026428 - 00026429
NZ-USW00026441
NZ-USW00026443
NZ-USW00026446
NZ-USW00026450
NZ-USW00026453
NZ-USW00026458
NZ-USW00026465 - 00026467
NZ-USW00026470
NZ-USW00026472

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00026474 - 00026475
NZ-USW00026477
NZ-USW00026480
NZ-USW00026483
NZ-USW00026487
NZ-USW00026489
NZ-USW00026492 - 00026495
NZ-USW00026497 - 00026498
NZ-USW00026502
NZ-USW00026510 - 00026512
NZ-USW00026524
NZ-USW00026526
NZ-USW00026528 - 00026529
NZ-USW00026533
NZ-USW00026537 - 00026538
NZ-USW00026540
NZ-USW00026552
NZ-USW00026557
NZ-USW00026562 - 00026563
NZ-USW00026565
NZ-USW00026577
NZ-USW00026581
NZ-USW00026583
NZ-USW00026589
NZ-USW00026594
NZ-USW00026596 - 00026597
NZ-USW00026599
NZ-USW00026602
NZ-USW00026608
NZ-USW00026614
NZ-USW00026621 - 00026622
NZ-USW00026624 - 00026625
NZ-USW00026627
NZ-USW00026629 - 00026630
NZ-USW00026638
NZ-USW00026646
NZ-USW00026655
NZ-USW00026659

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00026664
NZ-USW00026669
NZ-USW00026675
NZ-USW00026677
NZ-USW00026679 - 00026681
NZ-USW00026684
NZ-USW00026687
NZ-USW00026689
NZ-USW00026692
NZ-USW00026694
NZ-USW00026697
NZ-USW00026702 - 00026703
NZ-USW00026705
NZ-USW00026707
NZ-USW00026710 - 00026712
NZ-USW00026719 - 00026722
NZ-USW00026727 - 00026730
NZ-USW00026733 - 00026737
NZ-USW00026744 - 00026747
NZ-USW00026754 - 00026758
NZ-USW00026761
NZ-USW00026765
NZ-USW00026769
NZ-USW00026777
NZ-USW00026779
NZ-USW00026781
NZ-USW00026783
NZ-USW00026785
NZ-USW00026787 - 00026788
NZ-USW00026790
NZ-USW00026792
NZ-USW00026794
NZ-USW00026796
NZ-USW00026798
NZ-USW00026800 - 00026801
NZ-USW00026803
NZ-USW00026805
NZ-USW00026808

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00026810
NZ-USW00026812
NZ-USW00026814
NZ-USW00026816
NZ-USW00026818
NZ-USW00026820 - 00026821
NZ-USW00026822 - 00026824
NZ-USW00026826
NZ-USW00026828
NZ-USW00026830
NZ-USW00026832 - 00026833
NZ-USW00026851 - 00026854
NZ-USW00026856 - 00026858
NZ-USW00026865
NZ-USW00026868
NZ-USW00026875
NZ-USW00026883
NZ-USW00026885
NZ-USW00026887 - 00026888
NZ-USW00026890
NZ-USW00026897
NZ-USW00026899
NZ-USW00026902
NZ-USW00026904 - 00026905
NZ-USW00026909
NZ-USW00026914
NZ-USW00026918
NZ-USW00026923 - 00026924
NZ-USW00026926 - 00026927
NZ-USW00026929
NZ-USW00026931
NZ-USW00026935 - 00026937
NZ-USW00026939
NZ-USW00026942
NZ-USW00026945
NZ-USW00026947
NZ-USW00026950
NZ-USW00026956

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00026960
NZ-USW00026971
NZ-USW00026982 - 00026983
NZ-USW00026986 - 00026990
NZ-USW00026993
NZ-USW00026995
NZ-USW00026997
NZ-USW00027000
NZ-USW00027003
NZ-USW00027009
NZ-USW00027015 - 00027019
NZ-USW00027021 - 00027022
NZ-USW00027024 - 00027025
NZ-USW00027028
NZ-USW00027031
NZ-USW00027035
NZ-USW00027039
NZ-USW00027043
NZ-USW00027047
NZ-USW00027052
NZ-USW00027058
NZ-USW00027065
NZ-USW00027069
NZ-USW00027071
NZ-USW00027073 - 00027074
NZ-USW00027076
NZ-USW00027078
NZ-USW00027082
NZ-USW00027087
NZ-USW00027090
NZ-USW00027093
NZ-USW00027097
NZ-USW00027101 - 00027102
NZ-USW00027104
NZ-USW00027107
NZ-USW00027110
NZ-USW00027113
NZ-USW00027125

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00027128
NZ-USW00027130
NZ-USW00027133
NZ-USW00027136
NZ-USW00027140
NZ-USW00027144
NZ-USW00027146
NZ-USW00027150
NZ-USW00027154
NZ-USW00027156
NZ-USW00027168
NZ-USW00027170
NZ-USW00027174
NZ-USW00027179
NZ-USW00027185
NZ-USW00027193
NZ-USW00027200
NZ-USW00027202
NZ-USW00027204
NZ-USW00027206
NZ-USW00027209
NZ-USW00027213
NZ-USW00027216
NZ-USW00027219
NZ-USW00027224
NZ-USW00027229
NZ-USW00027233
NZ-USW00027238
NZ-USW00027241
NZ-USW00027245
NZ-USW00027247
NZ-USW00027250
NZ-USW00027254
NZ-USW00027256
NZ-USW00027259
NZ-USW00027263
NZ-USW00027268
NZ-USW00027271

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00027273
NZ-USW00027276
NZ-USW00027279
NZ-USW00027281
NZ-USW00027285
NZ-USW00027293
NZ-USW00027302
NZ-USW00027306
NZ-USW00027311 - 00027312
NZ-USW00027315
NZ-USW00027319
NZ-USW00027323
NZ-USW00027326
NZ-USW00027330
NZ-USW00027332 - 00027334
NZ-USW00027336
NZ-USW00027339
NZ-USW00027341
NZ-USW00027344
NZ-USW00027348
NZ-USW00027351
NZ-USW00027355
NZ-USW00027358
NZ-USW00027362
NZ-USW00027365
NZ-USW00027377
NZ-USW00027380
NZ-USW00027384
NZ-USW00027389
NZ-USW00027394
NZ-USW00027400
NZ-USW00027407
NZ-USW00027409 - 00027410
NZ-USW00027415 - 00027416
NZ-USW00027418
NZ-USW00027420
NZ-USW00027423
NZ-USW00027426 - 00027427

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00027430
NZ-USW00027432 - 00027433
NZ-USW00027436
NZ-USW00027440
NZ-USW00027445
NZ-USW00027447 - 00027448
NZ-USW00027462
NZ-USW00027465
NZ-USW00027467 - 00027468
NZ-USW00027470
NZ-USW00027475
NZ-USW00027480
NZ-USW00027483 - 00027484
NZ-USW00027486
NZ-USW00027488
NZ-USW00027491
NZ-USW00027495
NZ-USW00027499
NZ-USW00027503 - 00027504
NZ-USW00027510
NZ-USW00027513
NZ-USW00027516
NZ-USW00027532
NZ-USW00027534 - 00027536
NZ-USW00027538 - 00027539
NZ-USW00027541
NZ-USW00027544
NZ-USW00027546
NZ-USW00027548
NZ-USW00027554 - 00027555
NZ-USW00027566 - 00027567
NZ-USW00027569
NZ-USW00027573
NZ-USW00027577 - 00027578
NZ-USW00027585
NZ-USW00027595
NZ-USW00027606
NZ-USW00027618

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00027628
NZ-USW00027632 - 00027633
NZ-USW00027637 - 00027638
NZ-USW00027650
NZ-USW00027653
NZ-USW00027655 - 00027656
NZ-USW00027663
NZ-USW00027665 - 00027666
NZ-USW00027673
NZ-USW00027676
NZ-USW00027683
NZ-USW00027685
NZ-USW00027688
NZ-USW00027695
NZ-USW00027702
NZ-USW00027706
NZ-USW00027708
NZ-USW00027711 - 00027712
NZ-USW00027714
NZ-USW00027716
NZ-USW00027723 - 00027725
NZ-USW00027733 - 00027734
NZ-USW00027738
NZ-USW00027740 - 00027742
NZ-USW00027744
NZ-USW00027754 - 00027758
NZ-USW00027759
NZ-USW00027761
NZ-USW00027763
NZ-USW00027769
NZ-USW00027771
NZ-USW00027774
NZ-USW00027778
NZ-USW00027783
NZ-USW00027786
NZ-USW00027788 - 00027789
NZ-USW00027796
NZ-USW00027798

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00027801
NZ-USW00027805
NZ-USW00027809
NZ-USW00027815 - 00027817
NZ-USW00027819 - 00027820
NZ-USW00027833
NZ-USW00027835
NZ-USW00027837
NZ-USW00027839
NZ-USW00027841
NZ-USW00027844
NZ-USW00027847
NZ-USW00027851
NZ-USW00027855
NZ-USW00027858
NZ-USW00027860
NZ-USW00027860 – 00027862
NZ-USW00027863
NZ-USW00027865
NZ-USW00027868
NZ-USW00027871
NZ-USW00027875
NZ-USW00027879
NZ-USW00027881 - 00027883
NZ-USW00027888
NZ-USW00027888 – 00027896
NZ-USW00027897
NZ-USW00027899
NZ-USW00027904
NZ-USW00027904 – 00027905
NZ-USW00027906
NZ-USW00027910
NZ-USW00027915
NZ-USW00027915 – 00027916
NZ-USW00027917 - 00027919
NZ-USW00027921 - 00027923
NZ-USW00027926
NZ-USW00027928

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00027930 - 00027931
NZ-USW00027939
NZ-USW00027942
NZ-USW00027944 - 00027945
NZ-USW00027957
NZ-USW00027960
NZ-USW00027964
NZ-USW00027966
NZ-USW00027968
NZ-USW00027976 - 00027977
NZ-USW00027982
NZ-USW00027987
NZ-USW00027993
NZ-USW00027995
NZ-USW00027997
NZ-USW00027999
NZ-USW00028002
NZ-USW00028004
NZ-USW00028006
NZ-USW00028008
NZ-USW00028010 - 00028011
NZ-USW00028013
NZ-USW00028016
NZ-USW00028020
NZ-USW00028028
NZ-USW00028034 - 00028037
NZ-USW00028041
NZ-USW00028043
NZ-USW00028045
NZ-USW00028047
NZ-USW00028055
NZ-USW00028057
NZ-USW00028064
NZ-USW00028067
NZ-USW00028069
NZ-USW00028072
NZ-USW00028074
NZ-USW00028077 - 00028078

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00028080
NZ-USW00028090 - 00028092
NZ-USW00028128
NZ-USW00028137
NZ-USW00028140
NZ-USW00028142
NZ-USW00028148
NZ-USW00028150
NZ-USW00028153 - 00028154
NZ-USW00028160
NZ-USW00028162 - 00028163
NZ-USW00028165 - 00028166
NZ-USW00028168
NZ-USW00028170 - 00028171
NZ-USW00028173
NZ-USW00028175
NZ-USW00028177
NZ-USW00028179
NZ-USW00028179 – 00028183
NZ-USW00028184
NZ-USW00028186
NZ-USW00028186 – 00028191
NZ-USW00028192
NZ-USW00028195
NZ-USW00028195 – 00028200
NZ-USW00028201
NZ-USW00028203
NZ-USW00028205 - 00028208
NZ-USW00028226
NZ-USW00028229 - 00028231
NZ-USW00028233
NZ-USW00028237
NZ-USW00028240
NZ-USW00028243
NZ-USW00028247
NZ-USW00028249
NZ-USW00028252
NZ-USW00028255

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00028259
NZ-USW00028261
NZ-USW00028263 - 00028268
NZ-USW00028270
NZ-USW00028280
NZ-USW00028282
NZ-USW00028284 - 00028285
NZ-USW00028290
NZ-USW00028346
NZ-USW00028348
NZ-USW00028351
NZ-USW00028354
NZ-USW00028357
NZ-USW00028362
NZ-USW00028365
NZ-USW00028370
NZ-USW00028373
NZ-USW00028379 - 00028380
NZ-USW00028382 - 00028383
NZ-USW00028396
NZ-USW00028398
NZ-USW00028401
NZ-USW00028403
NZ-USW00028408
NZ-USW00028414
NZ-USW00028421 - 00028422
NZ-USW00028431
NZ-USW00028437
NZ-USW00028440
NZ-USW00028440 - 00028463
NZ-USW00028451
NZ-USW00028464
NZ-USW00028467 - 00028468
NZ-USW00028470 - 00028471
NZ-USW00028475
NZ-USW00028477
NZ-USW00028481
NZ-USW00028483

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00028485
NZ-USW00028487 - 00028489
NZ-USW00028491
NZ-USW00028493
NZ-USW00028493 - 00028530
NZ-USW00028501
NZ-USW00028514
NZ-USW00028531
NZ-USW00028546
NZ-USW00028550
NZ-USW00028553
NZ-USW00028555
NZ-USW00028558 - 00028559
NZ-USW00028562
NZ-USW00028564
NZ-USW00028566
NZ-USW00028570
NZ-USW00028572 - 00028573
NZ-USW00028575
NZ-USW00028578
NZ-USW00028582
NZ-USW00028586
NZ-USW00028589
NZ-USW00028592
NZ-USW00028594
NZ-USW00028597
NZ-USW00028599 - 00028600
NZ-USW00028604
NZ-USW00028609
NZ-USW00028615
NZ-USW00028622
NZ-USW00028629
NZ-USW00028632
NZ-USW00028640
NZ-USW00028649
NZ-USW00028653
NZ-USW00028656
NZ-USW00028660

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

NZ-USW00028664
NZ-USW00028675 - 00028677
NZ-USW00028679
NZ-USW00028681 - 00028682
NZ-USW00028684
NZ-USW00028686
NZ-USW00028689
NZ-USW00028692 - 00028693
NZ-USW00028700
NZ-USW00028705
NZ-USW00028713
NZ-USW00028715
NZ-USW00028715 – 00028727
NZ-USW00028728
NZ-USW00028737

**OTHER BATES DOCUMENTS:**

███████████████

**DOCUMENTS WITHOUT BATES STAMPS:**

████████████████████
██████████████████████████████
████████████████████████████████████
██████████████████████████████
████████████████████████
█████████████████████████████████████
███████████████████████████
████████████
███████████████
██████
███████
████████

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

## INDEPENDENT RESEARCH:

### WEBSITES:

http://www.novozymes.com/en/solutions/bioenergy/starch-based-ethanol/viscosity-reduction/Phytaflow/Pages/default.aspx

https://web.archive.org/web/20130829121000/http://novozymes.com/en/solutions/bioenergy/starch-based-ethanol/viscosity-reduction/Phytaflow/Pages/default.aspx

https://web.archive.org/web/20140612181634/http://novozymes.com/en/solutions/bioenergy/starch-based-ethanol/viscosity-reduction/Phytaflow/Documents/2013-06976-01-Phytaflow.pdf

http://report2012.novozymes.com/service/download-report/the-novozymes-report-2012.pdf

## EXISTING CASE LAW:

*Aro Mfg. Co. v. Convertible Top Replacement Co.* , 377 U.S. 476, 507 (1964)

*Georgia-Pacific Corp. v. U.S. Plywood Corp.* , 318 F. Supp. 1116, 1120 (S.D.N.Y. 1970)

*Fromson v. Western Litho Plate & Supp. Co.,* 853 F.2d 1568, 1575 (Fed. Cir. 1988)

*Rite-Hite Corp. v. Kelley Co.,* 56 F.3d 1538, 1545 (Fed. Cir. 1995)

*Lucent Techs., Inc. v. Gateway, Inc.* , 580 F.3d 1301, 1324-1325, 1333-1334 (Fed. Cir. 2009)

*LaserDynamics, Inc. v. Quanta Computer, Inc.,* 694 F.3d 51(Fed. Cir. 2012)

*Ericsson, Inc., v. D-Link Systems, Inc* . (Fed. Cir. 2014)

## OTHER:

35 U.S.C. § 284 (1994)

Compensatory Damage Issues in Patent Infringement Cases: A Handbook for Federal District Court Judges 3, Jan. 2010

## DATA AND OTHER INFORMATION CONSIDERED - RECEIVED AFTER BERO REPORT DATED APRIL 1, 2015:

## ADDITIONAL LEGAL FILINGS - OTHER MATTER:

Post-Trial Findings of Fact and Conclusions of Law dated February 16, 2007, *Novozymes A/S v. Gencor International, Inc. and Enzyme Development Corporation* 05-160-KAJ (D. Del.)

## ADDITIONAL EXPERT REPORTS OF:

Expert Report of Scott D. Kohl, Ph.D. Regarding Damages dated May 1, 2015

Rebuttal Expert Report of Julie L. Davis dated May 1, 2015

Supplemental Rebuttal Expert Report and Disclosure of Julie L. Davis dated June 11, 2015

## ADDITIONAL DEPOSITIONS:

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

**ADDITIONAL U.S. WATER SERVICES DOCUMENTS WITH BATES STAMPS:**

USW-N00002768-00002772
USW-N00013874-00013879
USW-N00022360-00022361
USW-N00040408-00040413
USW-N00056497
USW-N00109279-00109298
USW-N00109680-00109685
USW-N00109680-00109685
USW-N00110923-00110929
USW-N00110941-00110942
USW-N00110944
USW-N00111888
USW-N00111934-00111948
USW-N00113677
USW-N00113691-00113699

**ADDITIONAL NOVOZYMES DOCUMENTS WITH BATES STAMPS:**

NZ-USW00011684-00011692
NZ-USW00027009-00027014
NZ-USW00029067-00029125
NZ-USW00029133-00029155
NZ-USW00029181-00029390
NZ-USW00030655

**DAVIS DOCUMENTS WITH BATES STAMPS:**

DAVIS00000145-476

**ADDITIONAL DOCUMENTS WITHOUT BATES STAMPS:**

Equipment Services Website Page: uswaterservices.com/our-services/equipment-services
Engineering Services Website Page: uswaterservices.com/our-services/engineering-services
DuPont Industrial Biosciences Company History Website Page: biosciences.dupont.com/about-us/history/

# Data and Other Information Considered - as of June 30, 2015
# Supplemental Attachment 1

The Novozymes History Website Page: novozymes.com/en/about-us/facts-about-Novozymes-history/Pages/default.aspx

About DuPont Industrial Biosciences Website Page: biosciences.dupont.com/about-us/

Ethanol Producer Magazine Website Page: ethanolproducer.com/plants/listplants/US/Existing/Sugar-Starch/

## ADDITIONAL INDEPENDENT RESEARCH:

WEBSITES:

http://www.ethanolrfa.org/pages/statistics

**Any additional documents, websites or other information referenced throughout this report.**



## RICHARD F. BERO, CPA, CVA
N16 W23217 Stone Ridge Drive, Suite 250, Waukesha, WI 53188
Phone – (262) 522-7922    Fax – (262) 522-7938
rbero@berogroup.com

### *PROFESSIONAL EXPERIENCE:*

**The BERO Group / Corporate Financial Advisors, LLC**
Managing Director
Waukesha, Wisconsin                                    December 1995-Present

    Mr. Bero founded Corporate Financial Advisors in 1995 and served as Managing Director. The BERO Group evolved from Corporate Financial Advisors and Mr. Bero serves as Managing Director. Mr. Bero provides financial and accounting consulting services and expert testimony pertaining to valuation issues and financial damages issues.

**Coopers & Lybrand**
Manager – Litigation & Claims Services
Milwaukee, Wisconsin                                    1994-1995

    Mr. Bero was the Manager and Practice Leader of the Coopers & Lybrand Milwaukee Litigation & Claims Services practice.

**Peterson Consulting Limited Partnership**
Executive Consultant
Milwaukee, Wisconsin                                    1989-1994
Chicago, Illinois                                    1987-1989

    Mr. Bero provided litigation and business dispute support services to trial attorneys and corporate counsel.

### *EDUCATION:*

**University of Wisconsin–Madison**                                    1986
Bachelor of Business Administration
Accounting and Finance

## *ACTIVITIES/OTHER:*

Intellectual Property Valuation Instructor – National Association of Certified Valuation Analysts

Licensing Executives Society – Co-Chair Wisconsin Chapter – 2006-2008

Intellectual Property Owners Association – Damages Committee Member – 2004-present

National Association of Certified Valuation Analysts, CVA

Wisconsin Institute of Certified Public Accountants:

Board of Directors – 2000-2002

Chairman CPA's In Industry – Committee 1997-1999

Outstanding Committee Chairperson Award – 1997-1998

American Institute of Certified Public Accountants

Becker CPA Review – Instructor 1995-1998

Illinois Certified Public Accountant Society


## *PRESENTATIONS:*

| | |
|---|---|
| April 2014 | Michigan Intellectual Property Law Association<br>Hot Topics in Patent Damages<br>Troy, Michigan |
| May 2013 | Hot Topics in Patent Royalty Damages<br>Business Valuation Resources Online Symposium on Economic Damages:<br>Part 3<br>Chicago, Illinois |
| September 2011 | WestLegalEdcenter Webinar<br>Recent Patent Damages Decisions – What is the Effect |
| August 2011 | WestLegalEdcenter Webinar<br>Constructing Royalty Rate Damages |
| January 2011 | The Evolution of the Entire Market Value Rule<br>Business Valuation Resources Webinar Series on Advanced Topics<br>in Lost Profits Damages<br>Chicago, Illinois |
| September 2010 | Patent Damages: Managing the Risks and Contingent Costs<br>Business Valuation Resources / Morningstar Summit on Best Practices<br>in Valuing Intellectual Property<br>Chicago, Illinois |
| March 2010 | Tianjin Bar Association<br>Damage Analysis Techniques and Considerations in U.S. Patent Litigations<br>Tianjin, China |

| March 2010 | Beijing Lawyers Association |
| | Damage Analysis Techniques and Considerations in U.S. Patent Litigations |
| | Beijing, China |

| December 2009 | Milwaukee Bar Association |
| | Constructing Royalty Rate Damages |
| | Milwaukee, Wisconsin |

| October 2009 | Michigan Intellectual Property Law Association |
| | Constructing Royalty Rate Damages |
| | Detroit, Michigan |

| June 2009 | Licensing Executive Society – Chicago Chapter |
| | Constructing Royalty Rates |
| | Chicago, Illinois |

| March 2009 | Milwaukee Bar Association |
| | Patent Infringement Damages – Working Effectively With Your Damages Expert |
| | Milwaukee, Wisconsin |

| January 2009 | Wisconsin Intellectual Property Law Association |
| | Constructing Royalty Rates |
| | Milwaukee, Wisconsin |

| November 2008 | Licensing Executive Society – Minnesota Chapter |
| | Constructing Royalty Rates |
| | Minneapolis, Minnesota |

| October 2008 | American Intellectual Property Law Association – Annual Meeting |
| | Constructing Royalty Rates |
| | Washington, D.C. |

| October 2008 | Minnesota Intellectual Property Law Association |
| | Constructing Royalty Rates |
| | Minneapolis, Minnesota |

| June 2008 | Presentation to Judges and IP attorneys in China |
| | The Development of Patent Damages |
| | Shenzhen, China |

| May 2008 | Licensing Executive Society International – Spring Conference |
| | Avoiding Intellectual Property Hurdles in the U.S. - The View from China |
| | Roundtable Moderator |
| | Chicago, Illinois |

| March 2008 | Marquette Law School |
| | Royalty Damages in Patent Litigation |
| | Guest Instructor – IP Litigation Class |
| | Milwaukee, Wisconsin |

| October 2007 | Guarding the Treasure: IP Valuation & Remedies Panelist |
| | Sponsored by Foley & Lardner |
| | New York, New York |

October 2007      Guarding the Treasure: IP Valuation & Remedies Panelist
                  Sponsored by Foley & Lardner
                  New York, New York

October 2007      Shanghai Bar Association
                  Patent Litigation & Valuation – Real World Examples in the U.S.
                  Shanghai, China

October 2007      Shenzhen Society of Certified Public Appraisers
                  Intellectual Property, Valuation and Damages Analysis – Real World
                  Examples in the U.S.
                  Shenzhen, China

May 2007          Shanghai Intellectual Property Service Center
                  Intellectual Property in the U.S.: Opportunities, Valuation & Litigation
                  Shanghai, China

May 2007          Shenzhen Bar Association
                  Managing and Understanding the Value of IP – Real World Examples
                  in the U.S.
                  Shenzhen, China

October 2006      China Hi-Tech Fair 2006
                  Protection of Chinese Intellectual Property in the U.S.
                  Patent Damages & Ways to Avoid Infringement
                  Shenzhen, China

August 2006       Nanshan Sub-Bureau of Intellectual Property Administration
                  Intellectual Property Value Issues in the United States an Overview
                  for Chinese Businesses
                  Shenzhen, China

March 2006        Milwaukee Bar Association
                  Hindsight is 20/20: Developing & Presenting Damages in Intellectual Property
                  Litigation and Complex Litigation
                  Milwaukee, Wisconsin

December 2005     Wisconsin Intellectual Property Law Association
                  Intellectual Property Damages Update & Discussion
                  Pewaukee, Wisconsin

October 2005      Licensing Executives Society – Annual Meeting
                  Facilitator: Advanced Practices Working Session III: To Sue or Not?
                  How to Decide
                  Phoenix, Arizona

September 2005    Digital Fabrication 2005 Seminar
                  Panel Discussion: Intellectual Property
                  Baltimore, Maryland

| September 2005 | Intellectual Property Owner's Annual Meeting |
| | Patent Infringement Damages Update and Discussion |
| | Seattle, Washington |

| April 2005 | Licensing Executives Society – Wisconsin Chapter |
| | What's Reasonable: Royalty Damages in Patent Litigation |
| | Fond Du Lac, Wisconsin |

## *EXPERT WITNESS TESTIMONY – LAST FOUR YEARS:*

*U.S. Water Services, Inc. and Roy Johnson v. Novozymes A/S and Novozymes North America, Inc.*
United State District Court – Western District of Wisconsin
June 2015 (Deposition Testimony)

*M2M Solutions, LLC v. Enfora, Inc., et al.*
United States District Court – District of Delaware
May 2015 (Deposition Testimony)

*M2M Solutions, LLC v. Motorola Solutions, Inc., et al.*
United States District Court – District of Delaware
May 2015 (Deposition Testimony)

*Ameritox, Ltd. and Marshfield Clinic v. Millennium Health, LLC*
United States District Court – Western District of Wisconsin
April 2015 (Trial Testimony)
February 2015 (Deposition Testimony)

*Henryk Oleksy v. General Electric Company*
United States District Court – Northern District of Illinois
October 2014 (Deposition Testimony)

*Minitab, Inc. v. EngineRoom, LLC*
United States District Court – Middle District of Pennsylvania
October 2014 (Deposition Testimony)

*Cognex Corp., and Cognex Technology & Investment, LLC v. Microscan Systems, Inc., and The Code Corporation*
United States District Court - Southern District of New York
April 2014 (Trial Testimony)
September 2013 (Deposition Testimony)

*Douglas Dynamics v. Buyers Products Company*
United States District Court - Western District of Wisconsin
April 2014 (Trial Testimony)
October 2010 (Trial Testimony)
September 2010 (Deposition Testimony)

*Cheese Systems, Inc. v. Tetra Pak Cheese and Powder Systems, Inc., et al.*
United States District Court – Western District of Wisconsin
February 2014 (Deposition Testimony)

*Split Pivot , Inc. v. Trek Bicycle Corporation*
United States District Court – Western District of Wisconsin
December 2013 (Deposition Testimony)


*In Re Innovatio IP Ventures, LLC, Patent Litigation*
United States District Court - Northern District of Illinois
September 2013 (Trial Testimony)
September 2013 (Deposition Testimony)


*Sloan Valve Company v. Zurn Industries, Inc. and Zurn Industries, LLC*
United States District Court - Northern District of Illinois
March 2013 (Deposition Testimony)


*Nordock, Inc. v. Systems, Inc.*
United States District Court - Eastern District of Wisconsin
March 2013 (Trial Testimony)
January 2013 (Deposition Testimony)
August 2012 (Deposition Testimony)


*ABT Systems, LLC, et al. v. Emerson Electric Co.*
United States District Court - Eastern District of Missouri
February 2013 (Trial Testimony)
July 2012 (Deposition Testimony)


*Illumination Management Solutions, Inc. v. Ruud Lighting, Inc.*
United State District Court - Eastern District of Wisconsin
October 2012 (Deposition Testimony)


*Rockwell Automation, Inc. et al. v. WAGO Corporation, et al.*
United State District Court - Western District of Wisconsin
October 2012 (Trial Testimony)
August 2012 (Deposition Testimony)


*Raymond Caluori v. One World Technologies, Inc.*
United States District Court - Central District of California
June 2012 (Trial Testimony)
January 2012 (Deposition Testimony)


*Michael Foods, Inc. v. National Pasteurized Eggs, Inc.*
United States District Court - Western District of Wisconsin
June 2012 (Trial Testimony)
April 2012 (Deposition Testimony)


*Thermal Design, Inc. v. American Society of Heating, Refrigerating, and Air Conditioning Engineers, Inc.*
United States District Court - Eastern District of Wisconsin
May 2012 (Deposition Testimony)

*Wausau Homes Incorporated v. Everest Builders of Minocqua, Inc.*
United States District Court - Western District of Wisconsin
April 2012 (Deposition Testimony)

*Quad/Graphics, Inc. v. One2One Communications, LLC, et al.*
United States District Court - Eastern District of Wisconsin
December 2011 (Trial Testimony)

*Thermal Design, Inc. v. Guardian Building Products, Inc., et al.*
United States District Court - Eastern District of Wisconsin
December 2011 (Deposition Testimony)

## *PUBLICATIONS:*

The Comprehensive Guide to Lost Profits and Other Commercial Damages, "Patent Infringement Damages: Lost Profits and Royalties" (Chapter 25, 2014 3rd ed., BVR Publications)

April 2011 – CCH Business Valuation Alert, "The *Uniloc* Case: 25 Percent Rule of Thumb Rejected"

The Comprehensive Guide to Lost Profits, "Lost Profits Damages in Patent Infringement Lawsuits" (Chapter 19, 2011 ed., BVR Publications)

August 2009 – IP Law360 – "Demand for the Patented Product – Lower Bar?"

The Comprehensive Guide to Lost Profits, "Lost Profits Damages in Patent Infringement Lawsuits" (Chapter 12, 2009 ed., BVR Publications)

October 2008 – AIPLA White Paper – "Constructing Royalty Rates"

February 2008 – IP Law360 – "IP Litigation in China and the U.S."

Global Intellectual Property Asset Management Report, "Intellectual Property Metrics Today: It Can Be Done" (June 2005 and July 2005)

Proving and Pricing Construction Claims, "Claims for Lost Profit" (Chapter 14, 2nd ed., 1996, Wiley Law Publications)











































































[redacted]

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [redacted] | | | | [redacted] | [redacted] | | | | | | | |
| | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | | | | | [redacted] | [redacted] | [redacted] | | [redacted] | | | [redacted] | [redacted] |
| | [redacted] | | | | | | | | | | | | | [redacted] |
| [redacted] | [redacted] | | [redacted] | | | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | [redacted] | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | | | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | | | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | | | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | [redacted] | | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | [redacted] | | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | [redacted] | [redacted] | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | | | | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | | | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | | | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | [redacted] | | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

[redacted]

[redacted]

HIGHLY CONFIDENTIAL

[redacted]

| | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|
| [redacted] [redacted] [redacted] | | [redacted] | | [redacted] |
| [redacted] [redacted] [redacted] | | [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

[redacted]

[redacted]

HIGHLY CONFIDENTIAL

[redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | | | | |
| | | [redacted] | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] |

[redacted]



HIGHLY CONFIDENTIAL































HIGHLY CONFIDENTIAL





HIGHLY CONFIDENTIAL





