UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| U.S. WATER SERVICES, INC., and ROY JOHNSON,<br><br>     Plaintiffs,<br><br> v.<br><br>NOVOZYMES A/S and NOVOZYMES NORTH AMERICA, INC.,<br><br>     Defendants. | Case No. 13-cv-864-jdp |

**NOVOZYMES' MOTION TO FILE UNDER SEAL**

Defendants Novozymes A/S and Novozymes North America, Inc. ("Novozymes") respectfully seek an order permitting Novozymes to file under seal the following document filed today:

1. Declaration of Elizabeth B. Hagan in Support of Novozymes' Brief Regarding the Admissibility of Demonstratives R1, R2, and R3 of Dr. Scott Kohl.

The referenced document contains confidential information designated CONFIDENTIAL or HIGHLY CONFIDENTIAL by Novozymes, by U.S. Water, or by non-parties pursuant to the Stipulated Protective Order (Dkt. No. 637) accepted and entered by the Court under Dkt. No. 638.

A redacted version of this document will be publicly filed. The public version redacts only CONFIDENTIAL and HIGHLY CONFIDENTIAL material.

Dated: October 15, 2017

Respectfully submitted,

FENWICK & WEST LLP

By: *s/Elizabeth B. Hagan*
David K. Tellekson (admitted *Pro Hac Vice*)
dtellekson@fenwick.com
Ewa M. Davison (admitted *Pro Hac Vice*)
edavison@fenwick.com
Elizabeth B. Hagan (admitted *Pro Hac Vice*)
ehagan@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: (206) 389-4510

Virginia K. DeMarchi (admitted *Pro Hac Vice*)
vdemarchi@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500

Amy E. Hayden (admitted *Pro Hac Vice*)
ahayden@fenwick.com
Hailey Teton (admitted *Pro Hac Vice*)
hteton@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 875-2300

Allen A. Arntsen
aarntsen@foley.com
FOLEY & LARDNER LLP
Verex Plaza
150 East Gilman Street
Madison, WI 53703
Telephone: (608) 257-5035

*Attorneys for Defendants Novozymes A/S and Novozymes North America, Inc.*