IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

U.S. WATER SERVICES, INC.
and ROY JOHNSON,

    Plaintiffs,

v.

NOVOZYMES A/S and
NOVOZYMES NORTH AMERICA, INC.,

    Defendants.

SPECIAL VERDICT:
DAMAGES

13-cv-864-jdp

---

We, the jury, for our special verdict, do find as follows:

**QUESTION NO. 1:** What is a reasonable royalty for Novozymes's use of the '137 patent and the '399 patent?

$ __7,582,966__


Regardless how you answered Question No. 1, answer Question No. 2.


1

**QUESTION NO. 2:** Do you find that Novozymes's infringement of the patents-in-suit was willful?

ANSWER: __No__ ("yes" or "no")

A "yes" is a finding for U.S. Water and a "no" is a finding for Novozymes.

*[signature: Paul Delfa]*
Presiding Juror

Madison, Wisconsin

Dated this 20th day of October, 2017