IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

U.S. WATER SERVICES, INC.
and ROY JOHNSON,

    Plaintiffs,

v.

NOVOZYMES A/S
and NOVOZYMES NORTH AMERICA, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  13-cv-864-jdp

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs U.S. Water Services, Inc. and Roy Johnson against defendants Novozymes A/S and Novozymes North America, Inc. in the amount of $7,582,966.

Approved as to form this  27TH  day of October, 2017.

_____
James D. Peterson
District Judge

_____      10/30/17
Peter Oppeneer                                          Date
Clerk of Court