**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| U.S. WATER SERVICES, INC. and ROY JOHNSON,<br><br>        Plaintiffs,<br><br>    v.<br><br>NOVOZYMES A/S and NOVOZYMES NORTH AMERICA, INC.,<br><br>        Defendants. | No. 3:13-cv-00864-jdp |

**DECLARATION OF AUTUMN N. NERO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUPPLEMENTAL DAMAGES AND PREJUDGMENT AND POST-JUDGMENT INTEREST**

I, Autumn N. Nero, am an attorney with the firm of Perkins Coie LLP, and counsel for U.S. Water Services, Inc. and Roy Johnson. I make this declaration in support of Plaintiffs' Motion for Supplemental Damages and Prejudgment and Post-Judgment Interest.

    1.    Attached hereto as **Ex. 1** is a true and correct copy of a November 7, 2017, article published in the Ethanol Producer Magazine, titled "Jury rules in favor of U.S. Water in patent infringement suit."

    2.    Attached hereto as **Ex. 2** is a true and correct copy of the published daily prime interest rates of the Board of Governors of the Federal Reserve System for the period of April 9, 2013, to October 27, 2017.

    3.    Attached hereto as **Ex. 3** is a true and correct copy of the published weekly average 1-year constant maturity Treasury yield interest rate of the Board of Governors of the Federal Reserve System for the week preceding the date of the judgment on October 27, 2017.

- 2 -

4. Attached hereto as **Ex. 4** is a true and correct copy of an excerpt of a spreadsheet titled NZ Phytase Sales June-Oct 2017, bearing Bates Nos. NZ-USW00031115. Filed Under Seal. This spreadsheet was produced to U.S. Water in native format on November 17, 2017, with Novozymes' Responses to Plaintiffs' First Set of Post-Trial Requests for Production of Documents, Electronically Stored Information and Things, and is an update of PTX 893, which showed Novozymes's infringing sales in kilograms from April 9, 2013, through May 31, 2017, now reflecting sales through October 31, 2017. *See* ECF No. 836, Bero Testimony 10-19-2017 P.M. Tr. at 8-P-23:3.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Dated this 21st day of November, 2017.

*s/ Autumn N. Nero*
Autumn N. Nero

LEGAL137668324.1