**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| U.S. WATER SERVICES, INC. and ROY JOHNSON,<br><br>              Plaintiffs,<br><br>     v.<br><br>NOVOZYMES A/S and NOVOZYMES NORTH AMERICA, INC.,<br><br>              Defendants. | No. 3:13-cv-00864-jdp |

**DECLARATION OF MICHELLE M. UMBERGER IN SUPPORT OF PLAINTIFFS' MOTION FOR PERMANENT INJUNCTIVE RELIEF AND AN ENHANCED ROYALTY ON NOVOZYMES'S WILLFUL POST-JUDGMENT SALES**

I, Michelle M. Umberger, am an attorney with the firm of Perkins Coie LLP, and counsel for U.S. Water Services, Inc. and Roy Johnson. I make this declaration in support of Plaintiffs' Motion for Permanent Injunctive Relief and an Enhanced Royalty on Novozymes's Willful Post-Judgment Sales.

1.   Attached hereto as **Ex. 1** is a true and correct copy of a November 7, 2017, article published in the Ethanol Producer Magazine, titled "Jury rules in favor of U.S. Water in patent infringement suit."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Dated this 21st day of November, 2017.

*s/ Michelle M. Umberger*
Michelle M. Umberger