UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| U.S. WATER SERVICES, INC., and ROY JOHNSON,<br><br>    Plaintiffs,<br><br> v.<br><br>NOVOZYMES A/S and NOVOZYMES NORTH AMERICA, INC.,<br><br>    Defendants. | Case No. 3:13-cv-00864-jdp |

**NOVOZYMES' MOTION TO FILE UNDER SEAL**

  Defendants Novozymes A/S and Novozymes North America, Inc. ("Novozymes") respectfully seek an order permitting Novozymes to file under seal the following document filed today:

  Novozymes' Renewed Motion Under Rule 50(b) for Judgment as a Matter of Law of Invalidity and, in the Alternative, Motion for a New Trial on Invalidity Under Rule 59

  The referenced document contains confidential information designated CONFIDENTIAL or HIGHLY CONFIDENTIAL by U.S. Water pursuant to the Stipulated Protective Order (Dkt. No. 637) accepted and entered by the Court under Dkt. No. 638, and not made public at trial.

  A redacted version of this document will be publicly filed.  The public version redacts only CONFIDENTIAL and HIGHLY CONFIDENTIAL material.

Dated:   November 22, 2017	Respectfully submitted,

	FENWICK & WEST LLP


	By: *s/ Amy E. Hayden*
		David K. Tellekson (admitted *Pro Hac Vice*)
		dtellekson@fenwick.com
		Ewa M. Davison (admitted *Pro Hac Vice*)
		edavison@fenwick.com
		Elizabeth B. Hagan (admitted *Pro Hac Vice*)
		ehagan@fenwick.com
		FENWICK & WEST LLP
		1191 Second Avenue, 10th Floor
		Seattle, WA  98101
		Telephone:    (206) 389-4510

		Virginia K. DeMarchi (admitted *Pro Hac Vice*)
		vdemarchi@fenwick.com
		FENWICK & WEST LLP
		Silicon Valley Center
		801 California Street
		Mountain View, CA  94041
		Telephone:    (650) 988-8500

		Amy E. Hayden (admitted *Pro Hac Vice*)
		ahayden@fenwick.com
		Hailey Teton (admitted *Pro Hac Vice*)
		hteton@fenwick.com
		FENWICK & WEST LLP
		555 California Street
		San Francisco, CA  94104
		Telephone:       (415) 875-2300

		Allen A. Arntsen
		aarntsen@foley.com
		FOLEY & LARDNER LLP
		Verex Plaza
		150 East Gilman Street
		Madison, WI  53703
		Telephone:    (608) 257-5035

		*Attorneys for Defendants Novozymes A/S*
		*and Novozymes North America, Inc.*

2