UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| U.S. WATER SERVICES, INC., and ROY JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> NOVOZYMES A/S and NOVOZYMES NORTH AMERICA, INC., <br><br> Defendants. | Case No. 3:13-cv-00864-jdp |

**DECLARATION OF AMY E. HAYDEN IN SUPPORT OF NOVOZYMES'
RENEWED MOTION UNDER RULE 50(b) FOR JUDGMENT AS A
MATTER OF LAW OF INVALIDITY AND, IN THE ALTERNATIVE,
MOTION FOR A NEW TRIAL ON INVALIDITY UNDER RULE 59**

I, Amy E. Hayden, declare as follows:

1. I am an attorney with the law firm of Fenwick & West LLP, and counsel for defendants Novozymes A/S and Novozymes North America, Inc. (collectively, "Novozymes") in this action. I submit this declaration in support of Novozymes' Renewed Motion Under Rule 50(b) for Judgment as a Matter of Law of Invalidity and, in the Alternative, Motion for a New Trial on Invalidity Under Rule 59. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently as to those facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the excerpted and redacted version of **Defendants' Trial Exhibit 2157** that was admitted into evidence during the liability phase of trial.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the excerpted and redacted version of **Defendants' Trial Exhibit 2158** that was admitted into evidence during the liability phase of trial.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the excerpted and redacted version of **Defendants' Trial Exhibit 2163** that was admitted into evidence during the liability phase of trial.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Los Angeles, California on November 22, 2017.

                                                 */s/ Amy E. Hayden*
                                                 Amy E. Hayden