IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

U.S. WATER SERVICES, INC. and ROY JOHNSON,

    Plaintiffs,

v.

NOVOZYMES A/S and NOVOZYMES
NORTH AMERICA, INC.,

    Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 13-cv-864-jdp

This action came for consideration before the court and a jury with District Judge James D. Peterson presiding. The issues have been considered and the court has rendered its decision.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Novozymes A/S and Novozymes North America, Inc. and against plaintiffs U.S. Water Services, Inc. and Roy Johnson finding that claims 1, 6, and 12 of the '137 patent and claims 1, 2, 5, 7-9, 16, and 18-20 of the '399 patent are invalid as anticipated by prior art.

Approved as to form this 25TH day of May, 2018.

_____
James D. Peterson, U.S. District Judge

_____
Peter Oppeneer, Clerk of Court
by (signature) Deputy Clerk

5/25/2018
Date